# EXHIBIT A – MAINI'S OKCUPID PROFILE

gallantvk / 28 / Sydney, Australia l OkCupid       https://www.okcupid.com/profile/gallantvk?cf=messages

Browse Matches    Quickmatch    Go Premium





gallantvk
28 • Sydney, Australia • 23% Match

They've been blocked.    Unblock

### My self-summary

I was a hippie coming out of school, and spent some time as a Himalayan Yogi...barefoot and all. Now I wear shoes, and work as an investment analyst for a bank. I grew up in Sydney and just returned after a few years away in London, Singapore & Mumbai.

Straight, Man, Single, 6' 1", Fit

Indian, Speaks English and Hindi, Attended Post grad, Hindu

Never smokes, Drinks socially, Doesn't do drugs, Doesn't have kids

### What I'm doing with my life

Well, I just got back to Sydney. It is a bit like time travel as I am just trying to process all the changes in my childhood home.

**Looking for** single women, near me, ages 21-42, for short & long term dating and new friends.

### I'm really good at

I just recently came out of the closet- I am a maths geek.

People are much more open minded these days.

Browse invisibly

### Favorite books, movies, shows, music, and food

Movie- Dead Poets Society
Book- Heart of Darkness
Show- Seinfeld
Music- Motown
Food- Korean

I'm Old School.



Remove ads

### The six things I could never do without

I try to stay in a state of non-attachment to the material world.

Ok, old habits die hard...

But if pressed...

1. The complete works of Joseph Conrad
2. ESPNCricinfo

**You might like**



2    Loveinthebuildin

1 of 3                                                                 4/16/16, 1:41 PM

gallantvk / 28 / Sydney, Australia | OkCupid

https://www.okcupid.com/profile/gallantvk?cf=messages

3. The Financial Times
4. The Best of Marvin Gaye
5. Hollywood Action films (which are really comedies...the older and fatter the action hero the better...and the more unrealistic the action, the more I love the movie).
6. Safari by Ralph Lauren.

**I spend a lot of time thinking about**

The future of the global economy (9-5).

Which is the very best little restaurant in Chinatown. (on my way home).

The Clash of Civilisations (if I am feeling intellectual).

How to rip a cross-court backhand winner (on the tennis court).

How to dance like a butterfly and sting like a bee (in the boxing ring).

Karma (as I doze off).

**On a typical Friday night I am**

That's what I am trying to find out...what to do in Sydney on a Friday night??

**You should message me if**

You are stylish and smart and funny and fragrant.

The two of us                                      See questions

| 20% | 20% | -- |
| Lifestyle | Dating | Ethics |

Personality

↑ More Wholesome    ↑ More Adventurous

See graph

2    Loveinthebuildin

## EXHIBIT B – MAINI'S PLENTY OF FISH PROFILE



Maini sent Plaintiff a love letter at 5:32 AM and by 9:59 PM, he was on a dating app.

Vikram KMS
To:

Dearest Husnvaali

I am just going to stay in karmayogi mode. Acting without thoughts of the fruit of such actions.

That is, I am dedicating myself to you and the prospect of us without any thought of the joy which we would share, and without imposing any demands on you at all.

"Still" is an important word. You have never really let go of that sense of caution with me since day one. I tend to think that "caution" is really a euphemism for a range of other things. The thing is though that I am not and have never been cautious with you. I never will be. I can never tell you how to feel about me, all I can say is that this "caution" is a big obstacle to our happiness. It is difficult to understand how you can love, cautiously. How you can be soul mates, cautiously. How you can have this ever present sense of caution, with your future husband. But maybe you can enlighten me, I am from Mars after all.

But it's OK, none of this will stop me trying.

I trust you. I have never, and will never not trust you.

You know, I have always tried to communicate with you in the most clear and open way at all times. But there are a couple of things I am not going to say. Don't worry, I am not really keeping anything from you. It is just that I would like you to come to some realisations at some point, unprompted by me. It is not that I don't want to say these things. Sometimes I just feel like blurting them out. It is just that I have never heard them from you so far. I look forward to the day that I hear it all from your mind and heart.

You know what has been keeping me going this past while? There was a split second, a delightful image when we were on skype the last time, and I was flat on my back, and we were talking about surprises and you flashed this huge smile and rolled your eyes to one side and your whole face lit up. It was pure and wholesome lovely loveliness.

3

## EXHIBIT C – MAINI'S SHAADI.COM PROFILE



A screenshot of his Shaadi.com profile taken 26 August 2016 where he is posing as a medical doctor when he is not a medical doctor. He remains an unemployed former marketing executive.

4

# EXHIBIT D – MAINI'S EMAIL INTRODUCTION TO PLAINTIFF'S PARENTS



From:
Subject: Fw: Namaste
Date: 17 October 2016 at 16:04
To:

----- Forwarded Message -----
From: Vikram KMS <vkmansingh@outlook.com>
To: 
Sent: Wednesday, June 15, 2016 10:00 AM
Subject: Namaste

Namaste Mrs

I would like to take this opportunity to introduce myself.

As you know, I have developed a friendship with your daughter Misha over recent months.

She is a truly wonderful young woman, and I feel very lucky to have met her.

I turns out we share a lot in common, particularly a similar family and cultural background. I was born and raised in Sydney Australia to a Punjabi Khatri family. We are Hindus, however, also maintain close ties with the Sikh community. Like most Punjabi families, we are spread out around the world, with the larger part of the family based in England. Whilst I was raised in Australia, we would spend our vacations in England with family there. My family is quite traditional, and has managed to keep the old time Punjabi culture alive. My father was an IT consultant throughout his career however, recently had to retire due to poor health. My mother has been a homemaker.

My background is in finance and economics. I am currently working in the private sector, although I would also like to be involved in public policy in the future. I am working on some academic research at the moment with a view to doctoral studies. I have traveled and worked around the world, and particularly valued my time in India after college. I lived and worked there and took the opportunity to re-connnect with my Indian roots and learn about Hindu spirituality and culture. In fact I am trying to steer Misha away from Aristotle and towards Krishna and Arjun!

Misha always speaks very warmly of yourself and Dr Kaura. I would like to seek your permission and blessings to continue and develop our friendship in the coming months. I would only request a little time and space for us to continue to get to know each other and grow our relationship for the future.

I have attached a photo of myself taken a couple of weeks ago with my Naniji at a family event in London.

Jai Mata Di

Vikram







# Elite Surveillance
Group

Suite 86, 125 Oxford Street, Bondi Junction NSW 2022 | Phone: 1300 365 883
ABN: 81 161 852 704 | Master License No: 410944186

**TAX INVOICE**

**INVOICE TO:**

| | | | |
|---|---|---|---|
| NAME: | | DATE: | 30 Jun 2016 |
| ADDRESS: | | INVOICE NO: | INV-1491 |
| | USA | MATTER: | Mansingh / Sydney |
| | | INVOICE DUE: | 30 Jun 2016 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Tuesday, 28th June 2016 - OP1 | | | |
| Surveillance Hours (Hrs.) | 4.50 | 80.00 | 360.00 |
| Travel Time (Hrs.) | 1.00 | 80.00 | 80.00 |
| Kilometers (Kms) | 20.00 | 0.80 | 16.00 |
| Tuesday, 28th June 2016 - OP2 | | | |
| Surveillance Hours (Hrs.) | 4.50 | 80.00 | 360.00 |
| Travel Time (Hrs.) | 1.00 | 80.00 | 80.00 |
| Kilometers (Kms) | 20.00 | 0.80 | 16.00 |
| Administration Fee (15% of Field Hours) | 1.00 | 54.00 | 54.00 |

**Payment Details**

Commonwealth Bank of Australia
Account Name: Cryptico Consulting Pty Ltd
BSB: 062 124
Account Number: 11 11 5579

| | |
|---|---|
| SUB TOTAL | 966.00 |
| GST 10% | 96.60 |
| TOTAL | 1,062.60 |
| LESS PAYMENTS | 0.00 |
| TOTAL DUE | 1,062.60 |



Plaintiff had to retain a private investigation company to discover Maini's true identity.

## EXHIBIT E – MAINI'S FAKE SOCIAL MEDIA PROFILES



Maini continued using the gallantvk username on a fake Instagram account to dupe Plaintiff into believing he was a real age 28 investment banker.

Amar Maini | Facebook                                              https://www.facebook.com/amar.maini.716

Email or Phone    Passw

Forgot!

**Amar Maini
is on Facebook.**

To connect with Amar, s

Sign Up | Log In

Amar Maini

Friends   Photos   Videos

**About Amar Maini**

**Photos**

**EDUCATION**

University of Sydney
Class of 2001 · Economics · Sydney, Australia

The Hills Grammar School
Class of 1987 · Konthurst, New South Wales, Australia

See

**CURRENT CITY AND HOME TOWN**

Sydney, Australia
Current city

**Others named A**

Sydney, Australia
Home Town

Amar Devi

Amar Main

Amar Devi

1 of 2                                                                    11/25/16, 2:13 PM











●●●●○ Optus 4G
2:20 PM
40%
amar mansingh sydney
Google
amar mansingh sydney
ALL
MAPS
NEWS
IMAGES
VIDEOS
Amar Vikram Kumar Mansingh, Sydney | ...
https://www.zomato.com › users › amar-...
Mobile-friendly - Podívej se na Amar Vikram Kumar Mansingh recenze restaurací, oblíbené restaurace, seznam přání a další činnosti v ...
Mughal Room, Agra - Restaurant Reviews, Phone Number & Photos - TripAdvisor
https://www.tripadvisor.com.au › Restaur...
Rating: 4.5 - 75 reviews
Mobile-friendly - Mansingh Palace, Agra. 3.5 out of 5, 689 reviews ... Hotel Amar. 3.0 out of 5, 472 .... Sydney, Australia. Level Contributor.
Man Singh I - Wikipedia, the free encyclopedia

Amar Mansingh, Sydney | Zomato                     https://www.zomato.com/users/amar-mansingh-713593/foodjourney

✈ Sydney            Q Search for restaurant, cuisine or a dish...

Search ▼

Reserve a Table    Log in

# Amar Mansingh
◉ Sydney

### 4  BIG FOODIE
**25 POINTS TO LEVEL UP**

| | |
|---|---|
| Dineline | |
| Reviews | 19 |
| Photos | 0 |
| Followers | 54 |
| Bookmarks | 0 |
| Been There | 12 |

**Dineline**

**Sagar Ratna**
Sector 35, Chandigarh

1 of 12                                                                                           6/29/16, 12:43 PM

## EXHIBIT F – MAINI'S PROPOSAL TO PLAINTIFF



## EXHIBIT G – MAINI'S MULTIPLE SKYPE ACCOUNTS


