UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:20-CV-80147-RLR

MOTION TO SEAL

JANE KOE
   an individual
         Plaintiff

vs.

AMAR CHANDER MAINI et al.
      individuals & companies
         Defendants

MOTION TO SEAL — EMERGENCY

NOW COMES plaintiff JANE KOE ("Plaintiff"), a law student pro se proceeding under a pseudonym, seeking a motion to seal Exhibits A-G submitted on January 31, 2020. Personal identifying information is on Exhibit D. The only copy was submitted to the process server. Plaintiff also seeks to seal for the reason because of personal identifying information includes information about her father and his professional status as a physician. Thank you. Defendant Maini has made repeated death threats to her parents and she is really in fear of her parents' safety.

Wherefore Plaintiff seeks a motion to seal on an emergency basis.

Respectfully submitted, in West Palm Beach, Florida, this 3rd day of Feb 20

*Jane Roe*

Jane Koe, a pseudonym
Law Student Pro Se
7750 Okeechobee Blvd
Suite 4-481
West Palm Beach, FL 33411
Phone 929-400-7746
janekoe.lawgaton@icloud.com