# EXHIBIT A – MAINI'S OKCUPID PROFILE

gallantvk / 28 / Sydney, Australia | OkCupid

https://www.okcupid.com/profile/gallantvk?cf=messages

Browse Matches    Quickmatch    Go Premium



### gallantvk

28 · Sydney, Australia · 23% Match

They've been blocked.    Unblock

**My self-summary**

I was a hippie coming out of school, and spent some time as a Himalayan Yogi...barefoot and all. Now I wear shoes, and work as an investment analyst for a bank. I grew up in Sydney and just returned after a few years away in London, Singapore & Mumbai.

**What I'm doing with my life**

Well, I just got back to Sydney. It is a bit like time travel as I am just trying to process all the changes in my childhood home.

**I'm really good at**

I just recently came out of the closet- I am a maths geek.

People are much more open minded these days.

**Favorite books, movies, shows, music, and food**

Movie- Dead Poets Society
Book- Heart of Darkness
Show- Seinfeld
Music- Motown
Food- Korean

I'm Old School.

**The six things I could never do without**

I try to stay in a state of non-attachment to the material world.

Ok, old habits die hard...

But if pressed...

1. The complete works of Joseph Conrad
2. ESPNCricinfo

Straight, Man, Single, 6' 1", Fit

Indian, Speaks English and Hindi, Attended Post grad, Hindu

Never smokes, Drinks socially, Doesn't do drugs, Doesn't have kids

**Looking** for single women, near me, ages 21-42, for short & long term dating and new friends.

Browse invisibly



Remove ads

**You might like**



2        Loveinthebuildin

1 of 3                                                                                              4/16/16, 1:41 PM

gallantvk / 28 / Sydney, Australia | OkCupid

https://www.okcupid.com/profile/gallantvk?cf=messages

3. The Financial Times
4. The Best of Marvin Gaye
5. Hollywood Action films (which are really comedies...the older and
fatter the action hero the better...and the more unrealistic the action,
the more I love the movie).
6. Safari by Ralph Lauren.

**I spend a lot of time thinking about**

The future of the global economy (9-5).

Which is the very best little restaurant in Chinatown. (on my way home).

The Clash of Civilisations (if I am feeling intellectual).

How to rip a cross-court backhand winner (on the tennis court).

How to dance like a butterfly and sting like a bee (in the boxing ring).

Karma (as I doze off).

**On a typical Friday night I am**

That's what I am trying to find out...what to do in Sydney on a Friday
night??

**You should message me if**

You are stylish and smart and funny and fragrant.

**The two of us**                                   See questions

| 20% | 20% | -- |
|-----|-----|-----|
| Lifestyle | Dating | Ethics |

**Personality**

> More Wholesome      › More Adventurous

See graph

🗨 2          ⇄  Loveinthebuildin

4/16/16, 1:41 PM

2

## EXHIBIT B – MAINI'S PLENTY OF FISH PROFILE



Maini sent Plaintiff a love letter at 5:32 AM and by 9:59 PM, he was on a dating app.



Dearest Husnvaali

I am just going to stay in karmayogi mode. Acting without thoughts of the fruit of such actions.

That is, I am dedicating myself to you and the prospect of us without any thought of the joy which we would share, and without imposing any demands on you at all.

"Still" is an important word. You have never really let go of that sense of caution with me since day one. I tend to think that "caution" is really a euphemism for a range of other things. The thing is though that I am not and have never been cautious with you. I never will be. I can never tell you how to feel about me, all I can say is that this "caution" is a big obstacle to our happiness. It is difficult to understand how you can love, cautiously. How you can be soul mates, cautiously. How you can have this ever present sense of caution, with your future husband. But maybe you can enlighten me, I am from Mars after all.

But it's OK, none of this will stop me trying.

I trust you. I have never, and will never not trust you.

You know, I have always tried to communicate with you in the most clear and open way at all times. But there are a couple of things I am not going to say. Don't worry, I am not really keeping anything from you. It is just that I would like you to come to some realisations at some point, unprompted by me. It is not that I don't want to say these things. Sometimes I just feel like blurting them out. It is just that I have never heard them from you so far. I look forward to the day that I hear it all from your mind and heart.

You know what has been keeping me going this past while? There was a split second, a delightful image when we were on skype the last time, and I was flat on my back, and we were talking about surprises and you flashed this huge smile and rolled your eyes to one side and your whole face lit up. It was pure and wholesome lovely loveliness.

3

## EXHIBIT C – MAINI'S SHAADI.COM PROFILE



SH26981841

Photo Created by Udang   Online yesterday

Waiting for a response? Send him

Send Reminder     Opps navigation

Send Email      Post on Wall      Chat Now

37 yrs, 6' 2", Capricorn
Never Married
Hindu, Hindi
Doctor

A screenshot of his Shaadi.com profile taken 26 August 2016 where he is posing as a medical doctor when he is not a medical doctor.  He remains an unemployed former marketing executive.

### EXHIBIT D – MAINI'S EMAIL INTRODUCTION TO PLAINTIFF'S PARENTS



From: ██████████
Subject: Fw: Namaste
Date: 17 October 2016 at 16:04
To: ██████████

------ Forwarded Message ------
From: Vikram KMS <vikmansingh@outlook.com>
To: ██████████
Sent: Wednesday, June 15, 2016 10:00 AM
Subject: Namaste

Namaste Mrs ██████████

I would like to take this opportunity to introduce myself.

As you know, I have developed a friendship with your daughter ███ over recent months.

She is a truly wonderful young woman, and I feel very lucky to have met her.

I turns out we share a lot in common, particularly a similar family and cultural background. I was born and raised in Sydney Australia to a Punjabi Khatri family. We are Hindus, however, also maintain close ties with the Sikh community. Like most Punjabi families, we are spread out around the world, with the larger part of the family based in England. Whilst I was raised in Australia, we would spend our vacations in England with family there. My family is quite traditional, and has managed to keep the old time Punjabi culture alive. My father was an IT consultant throughout his career however, recently had to retire due to poor health. My mother has been a homemaker.

My background is in finance and economics. I am currently working in the private sector, although I would also like to be involved in public policy in the future. I am working on some academic research at the moment with a view to doctoral studies. I have traveled and worked around the world, and particularly valued my time in India after college. I lived and worked there and took the opportunity to re-connnect with my Indian roots and learn about Hindu spirituality and culture. In fact I am trying to steer ███ away from Aristotle and towards Krishna and Arjun!

███ always speaks very warmly of yourself and Dr ███ I would like to seek your permission and blessings to continue and develop our friendship in the coming months. I would only request a little time and space for us to continue to get to know each other and grow our relationship for the future.

I have attached a photo of myself taken a couple of weeks ago with my Naniji at a family event in London.

Jai Mata Di

Vikram





**Elite Surveillance**

Suite 86, 125 Oxford Street, Bondi Junction NSW 2022 | Phone: 1300 365 883
ABN: 81 161 852 704 | Master License No: 410944186

**TAX INVOICE**

**INVOICE TO:**

NAME: ████████████████

ADDRESS: ████████████████
USA

DATE: 30 Jun 2016
INVOICE NO: INV-1491
MATTER: Mansingh / Sydney
INVOICE DUE: 30 Jun 2016

| DESCRIPTION | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Tuesday, 28th June 2016 - OP1 | | | |
| Surveillance Hours (Hrs.) | 4.50 | 80.00 | 360.00 |
| Travel Time (Hrs.) | 1.00 | 80.00 | 80.00 |
| Kilometers (Kms) | 20.00 | 0.80 | 16.00 |
| Tuesday, 28th June 2016 - OP2 | | | |
| Surveillance Hours (Hrs.) | 4.50 | 80.00 | 360.00 |
| Travel Time (Hrs.) | 1.00 | 80.00 | 80.00 |
| Kilometers (Kms) | 20.00 | 0.80 | 16.00 |
| Administration Fee (15% of Field Hours) | 1.00 | 54.00 | 54.00 |

**Payment Details**

Commonwealth Bank of Australia
Account Name: Cryptico Consulting Pty Ltd
BSB: 062 124
Account Number: 11 11 5579

| | |
|---|---|
| SUB TOTAL | 966.00 |
| GST 10% | 96.60 |
| TOTAL | 1,062.60 |
| LESS PAYMENTS | 0.00 |
| **TOTAL DUE** | **1,062.60** |



Plaintiff had to retain a private investigation company to discover Maini's true identity.

## EXHIBIT E – MAINI'S FAKE SOCIAL MEDIA PROFILES



gallantvk Ok, let's do this.

Maini continued using the gallantvk username on a fake Instagram account to dupe Plaintiff into believing he was a real age 28 investment banker.

8



Amar Maini | Facebook

https://www.facebook.com/amar.maini.716

Email or Phone

Passw

Forgo

**Amar Maini
is on Facebook.**

To connect with Amar, s

Sign Up    Log In

## Amar Maini

Friends    Photos    Videos

### About Amar Maini

Photos

**EDUCATION**

**University of Sydney**
Class of 2001 · Economics · Sydney, Australia

**The Hills Grammar School**
Class of 1997 · Kenthurst, New South Wales, Australia

**CURRENT CITY AND HOME TOWN**

**Sydney, Australia**
Current city

**Sydney, Australia**
Home Town

See

Others named /

Amar Dev

Amar Main

Amar Dev

1 of 2

11/25/16, 2:13 PM



●●○○○ Verizon 🛜        7:26 AM        🔄 ☀ 38% ▭ ⚡

🔒 facebook.com        ↻

# Vikram Kumar



💬
Message

● ● ●
More

🏠  Lives in Sydney, Australia

📍  From Sydney, Australia

**About**        **Photos**        **Friends**

Photos · Nothing to show

👥 Friends · Nothing to show

‹        ›        ⬆️        📖        ▭

10



●●●●○ Optus  4G          2:20 PM          ◐ ⚡ ⓘ 40% ▬

🔒 amar mansingh sydney          ↻

# Go gle

amar mansingh sydney          ✕  🔍

ALL     MAPS     NEWS     IMAGES     VIDEOS

## Amar Vikram Kumar Mansingh, Sydney | ...
https://www.zomato.com › users › amar-...

Mobile-friendly - Podívej se na Amar Vikram Kumar
Mansingh recenze restaurací, oblíbené restaurace,
seznam přání a další činnosti v ...

## Mughal Room, Agra - Restaurant Reviews, Phone Number & Photos - TripAdvisor
https://www.tripadvisor.com.au › Restaur...

★ ★ ★ ★ ⭒  Rating: 4.5 - 75 reviews
Mobile-friendly - Mansingh Palace, Agra. 3.5 out of
5, 689 reviews ... Hotel Amar. 3.0 out of 5, 472 ....
Sydney, Australia. Level Contributor.

## Man Singh I - Wikipedia, the free encyclopedia

‹          ⬆          📖          ⧉





●●●○○ Verizon   LTE          8:43 PM          ⊕ ⚡ 12% ▭

🔒 okcupid.com                    ⟳

OkCupid Dating
OkCupid.com
×
GET — On the App Store                    View

okc          Sign in

amarcm
32 · Malad, India
~ 88 Match

About     Details     Photos     Questions

## I'm looking for
- Women who like men
- Ages 23–50
- Near me
- Who are single
- For new friends

amarcm hasn't filled out their
profile



Amar Mansingh, Sydney | Zomato

https://www.zomato.com/users/amar-mansingh-713593/foodjourney

≺ Sydney

Search ▾

🔍 Search for restaurant, cuisine or a dish...

Reserve a Table          Log in

## Amar Mansingh
◎ Sydney

🏆 4  BIG FOODIE
**25 POINTS TO LEVEL UP**

Dineline

Reviews                                    19

Photos                                     0

Followers                                  54

Bookmarks                                  0

Been There                                 12

**Dineline**

**Sagar Ratna**
Sector 35, Chandigarh

1 of 12                                    6/29/16, 12:43 PM

14



**<u>EXHIBIT F – MAINI'S PROPOSAL TO PLAINTIFF</u>**



## EXHIBIT G – MAINI'S MULTIPLE SKYPE ACCOUNTS



Amar Chander

Offline

Skype

Location   Australia



**Add Contact**
Enter the full name, Skype name, or email address of the user you're looking for:

amarcm@outlook.com                                          Find

▼ Search Options

| Country/Region | State | City |
| --- | --- | --- |
| Any Country/Region | | |

| Language | Age | Gender |
| --- | --- | --- |
| Any Language | Any Age | Any Gender |

**Amar Chander Maini**
live:amarcm_2  Australia

**Amar Chander**
amarcm4  Australia

---

**Amar Chander Maini**
live:amarcm_2  Australia

**Amar Chander**
amarcm4  Australia

**Add Contact**
Enter the full name, Skype name, or email address of the user you're looking for:

vkmansingh@outlook.com                                      Find

▼ Search Options

| Country/Region | State | City |
| --- | --- | --- |
| Any Country/Region | | |

| Language | Age | Gender |
| --- | --- | --- |
| Any Language | Any Age | Any Gender |

**Vikram KMS**
live:vkmansingh  Sydney, Australia

16