(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 9:20-CV-80147-RLR

JANE KOE

Plaintiff(s)

v.

AMAR CHANDER MAINI et al.

Defendant(s)

FILED BY _____ D.C.

FEB 03 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## MOTION TO RECEIVE NOTICES BY ELECTRONIC FILING
*(TITLE OF DOCUMENT)*

I, Jane Koe, plaintiff ~~or defendant~~, in the above styled cause, seek to receive all notices by electronic filing. As I have yet to complete the Bar Exam, receiving notices electronically will make it easier for me to manage this case from start to finish. At some point, I aspire to hire an attorney to represent me, but until then, receiving all information electronically will save me time and enable me to put my best foot forward. Thank you.

(Rev. 10/2002) General Document

_____
_____
_____

**Certificate of Service**

I __Jane Koe_____, certify that on this date __3ʳᵈ Feb 2020__ a true copy of the foregoing document was ~~mailed to:~~ handed to __clerk of court, west Palm Beach, Florida.__
                                                                    name(s) and address(es)

By:

__Jane Koe__
Printed or typed name of Filer

_____
Florida Bar Number

__929-400-7746__
Phone Number

__7750 Okeechobee Blvd, Suite 4-481__
Street Address

__West Palm Beach, FL 33411__
City, State, Zip Code

__Jane Koe__
Signature of Filer

__janekoewheaton@icloud.com__
E-mail address

_____
Facsimile Number