UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-CV-80147-RLR

JURY TRIAL REQUESTED

FILED BY MEE D.C.

APR 29 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**JANE KOE,** an individual filing pseudonymously
  **Plaintiff**
vs.
**AMAR CHANDER MAINI aliases GALLANTVK, AMARCM4, AMARCM_2, VIKRAM KMS, and VIKRAM KUMAR MANSINGH,** an individual
**GUARANTEED REMOVALS**, a Canadian company
**REPZE**, a fraudulent LLC
**EXPERT REMOVALS**, a fraudulent LLC
**INTERNET REMOVALS**, an Australian company
**MARCA GLOBAL, LLC. d/b/a InternetReputation.com**, a Colorado LLC
**AMARUTU TECHNOLOGY d/b/a KoDDOS**, a Hong Kong limited company
**MINC LAW**, an Ohio Law firm
**KEVIN ANGILERI**, an individual
**RONALD LINCO**, an individual
**MICHAEL SCHERN**, an individual
**JAMES JOHN**, an individual
**JIM BURNS**, an individual
**SCOTT BREITENSTEIN**, an individual
**ARMAN ALI d/b/a D4 SOLUTIONS BD**, an individual
**VIKRAM PARMAR aliases MATT HAMP and MARTIN HORAN**, an individual
**PIERRE ZAROKIAN**, an individual
**DEFAMATION DEFENDERS**, a fraudulent LLC
**WEB PRESENCE, LLC. d/b/a NET REPUTATION**
**JOHN DOES 1-14**, inclusive,
  **Defendants.**

## MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

As the Plaintiff in the above-captioned matter, I, Jane Koe, respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I have registered for a PACER account.
3. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
4. I have regular access to the technical requirements necessary to e-file successfully:

    a. A computer with internet access;

    b. An email account with daily access to receive notifications from the Court and notices from the e-filing system;

    c. A scanner to convert documents that are only in paper format into electronic files;

    d. A printer or copier to create the required paper copies, like chamber copies;

    e. A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Dated: April 29, 2020

Respectfully submitted,

/s/ Jane Koe
Jane Koe, a pseudonym
Law Student *Pro Se*
7750 Okeechobee Blvd
Suite 4-481
West Palm Beach, FL 33411
Phone: (929) 400-7746
Email: janekoelitigation@icloud.com

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served in person by process server on April 29, 2020 at the Southern District of Florida West Palm Beach Clerk of Court Office. I have retained a process service to serve all Defendants on the Service List below. Some Defendants will need to be served using the Hague Convention, which requires both location tracking and process serving according to international law standards. Certainly, this process will take longer than a mere four business days. There are 3 pages total in this motion; quadruple checked.

/s/ Jane Koe
Jane Koe, a pseudonym
Law Student *Pro Se*
7750 Okeechobee Blvd
Suite 4-481
West Palm Beach, FL 33411
Phone: (929) 400-7746
Email: janekoelitigation@icloud.com

## SERVICE LIST

Amar Chander Maini
9 Jamberoo Ave
Baulkham Hills, NSW 2153
Australia
Email: amarcm@outlook.com
Email: amarchandermaini@gmail.com
Email: vikramkms@outlook.com

Guaranteed Removals
3425 Harvester Road
Suite #200
Burlington, Ontario L7N 3M7
Canada

RepZe
9615 E County Line Road
Suite B#444
Centennial, CO 80112
United States of America
Phone: (970) 458-8143
Email: removal@repze.com

Marca Global, LLC. d/b/a InternetReputation.com
7100 East Belleview Avenue
Suite 310
Greenwood Village, CO 80111
United States of America

Amarutu Technology
One Island East
Level 23,
18 Westlands Road
Hong Kong, Hong Kong

Minc Law
200 Park Avenue
Suite 200
Orange Village, OH 44122
United States of America

Michael Schern
1640 South Stapely Drive
Suite 132
Mesa, AZ 85204
United States of America

Internet Removals
130 Bundall Road, Level 3
Bundall, QLD 4217
Australia

Kevin Angileri
6391 W Shannon St.
Chandler, AZ 85226
United States of America

James John
Unknown Address – subpoenaing Minc Law

Denise Ann Faulk – Assistant US Attorney (Arizona State Bar No. 12700) who prosecuted Kevin Angileri
Financial Litigation Unit
405 W Congress Suite 4900
Tuscon, AZ 85701-5041
Email: denise.faulk@usdoj.gov

Amanda Aguirre – Parole Officer for Kevin Angileri
Tuscon, AZ
Email: amanda_aguirre@azd.uscourts.gov
Phone: +1-520-205-4417

Jim Burns
130 Bundall Road, Level 3
Bundall, QLD 4217
Australia
Email: jim@link360inc.com
Phone: (864) 362-2207

Scott Breitenstein
29 Bidleman St, Dayton, OH 45410
22 W Mumma Ave, Dayton, OH 45405
1949 Drill Ave, Dayton, OH 45414
United States of America

Web Presence, LLC d/b/a Net Reputation
150 SW 12th Ave, Suite 340
Pompano Beach, FL 33069-3238
United States of America

Expert Removals
Unknown Address
United States of America
Phone: (888) 447-4949

Ronald Linco
Unknown Address – subpoenaing Minc Law
United States of America

Arman Ali d/b/a/ D4 Solutions BD
Unknown Address – subpoenaing Minc Law
Dhaka, Bangladesh or Rajshahi, Bangladesh

Pierre Zarokian
Unknown Address – subpoenaing Minc Law
Nevada
United States of America

Vikram Parmar *aliases Matt Hamp and Martin Horan*
Unknown Address – subpoenaing Minc Law
Bangladesh

Defamation Defenders, LLC.
4845 Pearl Crest Circle, Suite 101
Boulder, CO 80301
United States of America