Jane Koe, a pseudonym
7750 Okeechobee Blvd., Ste. 4-481
West Palm Beach, FL 33411
Email: janekoelitigation@gmail.com
Tel: (929) 400-7746

*Plaintiff and Law Student Pro Se*

FILED BY __PCS__ D.C.

JUN 19 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| John Koe, an individual filing under pseudonym,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Amar Chander Maini, *et al.*,<br><br>　　　　　Defendants. | No. 9:20-CV-80147-RLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ONLY DEFENDANT MICHAEL SCHERN** |

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), plaintiff John Koe ("Plaintiff") hereby voluntary dismisses only defendant Michael Schern. Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

DATED this **19th** day of June 2020.

By: /s/
Jane Koe, a pseudonym
7750 Okeechobee Blvd., Ste. 4-481
West Palm Beach, FL 33411
Plaintiff and Law Student Pro Se

I filed/served the foregoing as follows:

ORIGINAL electronically filed this **19** of June 2020, to:

COPY mailed this **19** of June 2020, to:

1. Pierre Zarokian, 1201 N. Pacific Ave 103, Glendale CA 91202, United States
2. Defamation Defenders, LLC., 4845 Pearl East Circle Suite 101, Boulder CO 80301, United States
3. Scott Breitenstein, 29 Bidleman St, Dayton OH 45410, United States
4. Web Presence, LLC d/b/a Net Reputation, 150 SW 12th Ave Suite 340, Pompano Beach FL 33069, United States
5. Kevin Angileri, 6391 W Shannon Street, Chandler AZ 85226, United States
6. Michael Schern, 1640 South Stapely Drive Suite 132, Mesa AZ 85204, United States
7. Minc Law, 200 Park Avenue Suite 200, Orange Village OH 44122, United States
8. RepZe, 9615 E County Line Road Suite B#444, Centennial CO 80112, United States
9. Marca Global, LLC. d/b/a InternetReputation.com, 7100 East Belleview Avenue Suite 310, Greenwood Village CO 80111, United States

I certify under penalty of perjury that the foregoing is true and correct.

By: _____