**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH)**

Civil Action No. 9:20-cv-80147-RLR

JANE KOE,

    Plaintiff,

v.

AMAR CHANDER MAINI, aliases GALLANTVK, AMARCM4, AMARCM 2, VIKRAM KMS, and VIKRAM KUMAR MANSINGH;
GUARANTEED REMOVALS;
REPZE;
EXPERT REMOVALS;
INTERNET REMOVALS;
MARCA GLOBAL LLC d/b/a INTERNETREPUTATION.COM;
AMARUTU TECHNOLOGY d/b/a KODDOS;
MINC LAW;
KEVIN ANGILERI;
RONALD LINCO;
MICHAEL SCHERN;
JAMES JOHN;
JIM BURNS;
SCOTT BREITENSTEIN;
ARMAN ALI d/b/a D4 SOLUTIONS BD;
VIKRAM PARMAR, aliases MATT HAMP and MARTIN HORAN;
PIERRE ZAROKIAN;
KMS;
DEFAMATION DEFENDERS;
WEB PRESENCE LLC d/b/a NET REPUTATION; and
JOHN DOES 1-15

    Defendants.

_____

**DEFENDANT MARCA GLOBAL, LLC D/B/A INTERNETREPUTATION.COM'S
MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AT LAW**
_____

    Defendant Marca Global, LLC d/b/a internetreputation.com, by and through its

1

undersigned counsel, Kutak Rock LLP, and for their Motion to Dismiss Plaintiff's Second Amended Complaint at Law, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, file contemporaneously herewith and incorporate herein their Memorandum of Law in Support of Motion to Dismiss Plaintiff's Second Amended Complaint at Law.

WHEREFORE, Defendant Marca Global, LLC d/b/a internetreputation.com, pray that the Court dismiss the Second Amended Complaint at Law of Plaintiff Jane Koe, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

**Respectfully submitted,**

*s/ Loc Pfeiffer*
**KUTAK ROCK LLP**
Loc Pfeiffer, Florida Bar No. 33049
901 East Byrd Street, Suite 1000
804-644-1700
Loc.Pfeiffer@KutakRock.com

Chad T. Nitta
1801 California Street, Suite 3000
Denver, CO 80202
303-297-2400
Chad.Nitta@KutakRock.com

*Counsel for Defendant Marca Global, LLC d/b/a internetreputation.com*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2020, I electronically filed the foregoing **DEFENDANT MARCA GLOBAL, LLC D/B/A INTERNETREPUTATION.COM'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AT LAW** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record who have entered an appearance in the above-captioned matter.

                                                 KUTAK ROCK LLP

                                               *s/ Loc Pfeiffer*
                                               Counsel

4817-5111-4177.1