# **EXHIBIT 1**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH)**

Civil Action No. 9:20-cv-80147-RLR

JANE KOE,

    Plaintiff,

v.

AMAR CHANDER MAINI, aliases GALLANTVK, AMARCM4, AMARCM 2, VIKRAM KMS, and VIKRAM KUMAR MANSINGH;
GUARANTEED REMOVALS;
REPZE;
EXPERT REMOVALS;
INTERNET REMOVALS;
MARCA GLOBAL LLC d/b/a INTERNETREPUTATION.COM;
AMARUTU TECHNOLOGY d/b/a KODDOS;
MINC LAW;
KEVIN ANGILERI;
RONALD LINCO;
MICHAEL SCHERN;
JAMES JOHN;
JIM BURNS;
SCOTT BREITENSTEIN;
ARMAN ALI d/b/a D4 SOLUTIONS BD;
VIKRAM PARMAR, aliases MATT HAMP and MARTIN HORAN;
PIERRE ZAROKIAN;
KMS;
DEFAMATION DEFENDERS;
WEB PRESENCE LLC d/b/a NET REPUTATION; and
JOHN DOES 1-15

    Defendants.

---

**AFFIDAVIT OF BLAIR BROWN**

---

    I, Blair Brown, being over the age of eighteen, hereby state the following facts upon my

1

personal knowledge, and hereby swear and affirm said facts are true and correct to the best of my knowledge and belief:

1. Marca Global, LLC ("Marca") is a small business located in Greenwood Village, Colorado that offers a host of services aimed at assisting individuals and companies with improving their online visibility, ranging from creating content to improve online reputation to search engine optimization.

2. Prior to May 2018, as part of its menu of services, Marca assisted clients with getting their names removed from websites by engaging in arms-length negotiations with the website.

3. As a result of business and industry changes, Marca currently only assists clients with name removal services in response to a specific request and then only on a case-by-case basis.

4. However, even when Marca was providing name removal assistance as part of its standard set of services, Marca did not knowingly have a business relationship of any kind with Plaintiff.

5. Because Plaintiff has not identified her in this lawsuit, Marca cannot state unequivocally that it has not had a business relationship with Plaintiff. That said, Marca has not had any business relationship with Plaintiff to its knowledge.

6. Marca does not operate, conduct, engage in, or carry on any business within Florida. Marca does not have an office or agency in Florida. Marca has not committed a tortious act within Florida or that was aimed at or caused an injury in Florida.

7. Marca does not own or operate any offices in the Southern District of Florida.

8. Marca does not have any special business relationships with the Southern District of Florida.

9. Marca does not employ anyone who works or resides in the Southern District of Florida.

10. Marca has no and has never had any intent, knowledge of, plan to commit, or benefit resulting from engaging in illegal activity. Marca has no and has never had actual knowledge of or any acquaintance with—much less a full relationship with—any other defendant. Marca's non-existent relationship with the other alleged members has not lasted a sufficient amount of time such that it had longevity for purposes of establishing a RICO enterprise.

11. Marca has not taken any action that is unfair or deceptive: Marca has not knowingly (i) accessed Plaintiff's social media profiles; (ii) accessed, possessed, or used Plaintiff's identifying information; (iii) advertised on any of the Bashing Websites that Plaintiff's information appeared on; (iv) sent any advertising information directly to Plaintiff; (v) been hired by Plaintiff to remove any information; or (vi) accepted any fees from Plaintiff.

12. Marca has not knowingly had a business relationship with Plaintiff or been hired by Plaintiff to remove online content.

13. Marca never knowingly took any actions to attempt to remove Plaintiff's information from the internet.

14. Marca never knowingly accepted any money from Plaintiff.

[SIGNATURE PAGE TO FOLLOW]

3

FURTHER, AFFIANT SAYETH NAUGHT

Sworn to this 30th day of June 2020.

*[signature]*

Blair Brown
President
Marca Global, LLC

SUBSCRIBED AND SWORN to me, a Notary Public, this 30th day of June, 2020, by Blair Brown.

[THIS NOTARIAL ACT WAS PERFORMED USING AUDIO-VIDEO TECHNOLOGY]

*[signature]*

Notary Public:

My Commission expires: August 24, 2021

GERALDINE D. MONTOYA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20014025895
MY COMMISSION EXPIRES AUGUST 24, 2021

4

4845-9511-2641.1