

FILED BY _____ D.C.

JUL 1 0 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH)

Civil Action No. 9:20-cv-80147-RLR

JANE KOE,

    Plaintiff,

v.

AMAR CHANDER MAINI, aliases GALLANTVK, AMARCM4, AMARCM 2, VIKRAM KMS, and VIKRAM KUMAR MANSINGH;
GUARANTEED REMOVALS;
REPZE;
EXPERT REMOVALS;
INTERNET REMOVALS;
MARCA GLOBAL LLC d/b/a INTERNETREPUTATION.COM;
AMARUTU TECHNOLOGY d/b/a KODDOS;
MINC LAW;
KEVIN ANGILERI;
RONALD LINCO;
MICHAEL SCHERN;
JAMES JOHN;
JIM BURNS;
SCOTT BREITENSTEIN;
ARMAN ALI d/b/a D4 SOLUTIONS BD;
VIKRAM PARMAR, aliases MATT HAMP and MARTIN HORAN;
PIERRE ZAROKIAN;
KMS;
DEFAMATION DEFENDERS;
WEB PRESENCE LLC d/b/a NET REPUTATION; and
JOHN DOES 1-15

    Defendants.

---

**DEFENDANT PIERRE ZAROKIAN MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AT LAW**

---

Defendant Pierre Zarokian, being represented Pro Se, is filing this Motion to Dismiss Plaintiff's Second Amended Complaint at Law, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, file contemporaneously herewith and incorporate herein their Memorandum of Law in Support of Motion to Dismiss Plaintiff's Second Amended Complaint at Law.

WHEREFORE, Defendant Pierre Zarokian, pray that the Court dismiss the Second Amended Complaint at Law of Plaintiff Jane Koe, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

Respectfully submitted,

s/ [signature]
**Pierre Zarokian**

Submit Express, Inc
ATTN: Pierre Zarokian, *Pro Se*
315 Arden Ave Ste 14
Glendale, CA 91203
818-567-6170
pierre@submitexpress.com

*Pierre Zarokian, Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2020, I mailed the foregoing **DEFENDANT PIERRE ZAROKIAN MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AT LAW** with the Clerk of Court which will send notification of such filing to all parties and counsel of record who have entered an appearance in the above-captioned matter.

Pierre Zarokian
s/ *[signature]*
Pro Se



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.