UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-CV-80147-ROSENBERG/REINHART

JANE KOE,
    *Plaintiff,*
v.

AMAR CHANDER MAINI, *et al.*,
    *Defendants.*
_____/

FILED BY [illegible] D.C.
OCT 16 2020
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**MOTION TO DISMISS ONLY DEFENDANT REPZE, WITHOUT PREJUDICE**

    COMES NOW Plaintiff Jane Koe ("Plaintiff") who seeks to dismiss without prejudice all claims against Pierre Zarokian, who owns Submit Express, LLC. This dismissal without prejudice is pursuant to Federal Rule of Civil Procedure 15(a), Federal Rule of Civil Procedure 21, Federal Rule of Civil Procedure 41(a)(1)(A)(i), and Federal Rule of Civil Procedure 41(a)(1)(B), as per *Hernandez v. BMNY Contracting Corp. No. 17* CIV. 9375 (GBD), 2019 WL 418498, at *1 (S.D.N.Y. Jan. 17, 2019), *Stapleton v. Vicente*, No. 15-504, 2019 WL 2494564 (June 14, 2019), and *Quaratino v. Tiffany & Co.*, 71 F.3d 58, 66 (2d Cir. 1995).

    In accordance with Southern District of Florida Local Rule 7.1(a)(3), Plaintiff has both conferred and attempted to confer with all Defendants prior to filing this Motion to Dismiss. Between August 1, 2020 to October 15, 2020, Plaintiff met and conferred with Defendant RepZe, alongside numerous other defendants. RepZe worked closely with Bashing Website owners to voluntarily remove over 50 libelous posts attacking Plaintiff and Plaintiff's mother free of charge to Plaintiff. The specific terms of the agreement RepZe and Plaintiff have reached will remain confidential, but suffice it to say, what would normally be an upper six-figure removal amount is now a four-figure removal amount. It does not seem that RepZe itself is committing extortion or racketeering as they have demonstrated their Christian faith and generosity through their actions to rectify what has been a never-ending nightmare for Plaintiff and her diabetic mother. There is a Nathan Wyatt from Boise, Idaho affiliated with a previous version of RepZe, but he has been arrested by federal authorities for other extortive activities that have nothing to do with RepZe in its current form.

RepZe has agreed to cooperate with Plaintiff in a generous, honest, helpful, and collaborative manner ensuring no other people are victims with their entire lives destroyed by defamation authored by Amar Chander Maini. Apparently, Amar sent an email to RepZe owners indicating that he acted alone in posting libel about Plaintiff and her mother—and a copy of this email is now in Plaintiff's possession.

DATED this 16th day of October 2020.

By: _____
Jane Koe, LLM/MBA 2021
Plaintiff *Pro Se*
7750 Okeechobee Blvd., Ste. 4-481
West Palm Beach, FL 33411
United States of America
janekoelitigation@icloud.com
Phone: (929) 400-7746

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served in person by process server on October 16, 2020 at the Southern District of Florida West Palm Beach Clerk of Court Office. PACER electronic records will be updated in due course and sent to all counsel and parties on record.

**UNITED STATES SERVICE LIST**

Pierre Zarokian, 1201 N. Pacific Ave 103, Glendale CA 91202, United States
Defamation Defenders, LLC., 4845 Pearl East Circle Suite 101, Boulder CO 80301, United States Scott Breitenstein, 29 Bidleman St, Dayton OH 45410, United States
Web Presence, LLC d/b/a Net Reputation, 150 SW 12th Ave Suite 340, Pompano Beach FL 33069, United States
Kevin Angileri, 6391 W Shannon Street, Chandler AZ 85226, United States
Michael Schern, 1640 South Stapely Drive Suite 132, Mesa AZ 85204, United States
Minc Law, 200 Park Avenue Suite 200, Orange Village OH 44122, United States
RepZe, 9615 E County Line Road Suite B#444, Centennial CO 80112, United States
Marca Global, LLC. d/b/a InternetReputation.com, 7100 East Belleview Avenue Suite 310, Greenwood Village CO 80111, United States

**INTERNATIONAL SERVICE LIST**

Amar Chander Maini, 9 Jamberoo Ave, Baulkham Hills, NSW 2153 Australia
Guaranteed Removals, 3425 Harvester Road, Suite #200, Burlington, Ontario L7N 3M7, Canada
Amarutu Technology One Island East, Level 23, 18 Westlands Road Hong Kong, Hong Kong
Internet Removals, 130 Bundall Road, Level 3 Bundall, QLD 4217 Australia
James John, 130 Bundall Road, Level 3 Bundall, QLD 4217 Australia
Jim Burns, 130 Bundall Road, Level 3 Bundall, QLD 4217 Australia
Vikram Parmar aliases Matt Hamp and Martin Horan Unknown Address, Bangladesh
Ronald Linco - send registered (2), Level 23, One Island East, 18 Westlands Road, Quarry Bay, Hong Kong and P.O. Box 8016, Mont Fleuri, Victoria, Mahe, Seychelles
Matt, Expert Removals, P.O. Box 8016, Mont Fleuri, Victoria, Mahe, Seychelles

By: *(signature)*
Jane Koe, candidate for JD/LLM
Plaintiff *Pro Se*
7750 Okeechobee Blvd., Ste. 4-481
West Palm Beach, FL 33411
United States of America
janekoelitigation@icloud.com
Phone: (929) 400-7746