UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:20-CV-80147-ROSENBERG/REINHART

JANE KOE,

   Plaintiff,

v.

AMAR CHANDER MAINI, et al.

   Defendants.
   _____/

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND

This cause comes before the Court on Plaintiff's Motion for Leave to File a Third Amended Complaint. DE 61. After reviewing the Motion and noting that the Defendants who have been served in this case have not opposed the relief sought, the Court finds good cause exists to grant the relief requested. Specifically, the Court is persuaded by Plaintiff's assurance that her newly retained counsel will help to "clean up" her lawsuit and "streamline" her claims. *See* DE 61 at 1. Accordingly, Plaintiff's Motion for Leave to File a Third Amended Complaint [DE 61] is hereby **GRANTED**. Plaintiff shall file as a separate docket entry, pursuant to Local Rule 15.1, a Third Amended Complaint by no later than **November 30, 2020**. Although Plaintiff requests the permission of this Court for her attorney to file an entry of appearance, no such permission is required under federal or local rules.

The Court also notes that, while there is no specific time limit for serving an individual in a foreign country under the Federal Rules of Civil Procedure, Plaintiff's complaint may be dismissed upon a showing that she has failed to "exercise diligence" in attempting to serve the foreign Defendants named in her Second Amended Complaint. *See Harris v. Orange S.A.*, 636 F.

App'x 476, 485–86 (11th Cir. 2015). Thus, Plaintiff is **ORDERED** to submit a Status Report to the Court on her progress with respect to international service by no later than **February 1, 2021**, one year from the date when she filed her original Complaint. *See* DE 1. Failure to comply with the requirement to submit a Status Report may result in dismissal of this action as to the unserved foreign defendants without further notice of the court.

      **DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 30th day of October, 2020.

                                            ROBIN L. ROSENBERG
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record