# EXHIBIT A – MAINI'S OKCUPID PROFILE

gallantvk / 28 / Sydney, Australia | OkCupid                    https://www.okcupid.com/profile/gallantvk?cf=messages

Browse Matches   Quickmatch   Go Premium      



### gallantvk
28 · Sydney, Australia · 23% Match

They've been blocked.   Unblock

**My self-summary**

I was a hippie coming out of school, and spent some time as a Himalayan Yogi...barefoot and all. Now I wear shoes, and work as an investment analyst for a bank. I grew up in Sydney and just returned after a few years away in London, Singapore & Mumbai.

**What I'm doing with my life**

Well, I just got back to Sydney. It is a bit like time travel as I am just trying to process all the changes in my childhood home.

**I'm really good at**

I just recently came out of the closet- I am a maths geek.

People are much more open minded these days.

**Favorite books, movies, shows, music, and food**

Movie- Dead Poets Society
Book- Heart of Darkness
Show- Seinfeld
Music- Motown
Food- Korean

I'm Old School.

**The six things I could never do without**

I try to stay in a state of non-attachment to the material world.

Ok, old habits die hard...

But if pressed...

1. The complete works of Joseph Conrad
2. ESPNCricinfo

Straight, Man, Single, 6' 1", Fit

Indian, Speaks English and Hindi, Attended Post grad, Hindu

Never smokes, Drinks socially. Doesn't do drugs, Doesn't have kids

Looking for single women, near me, ages 21-42, for short & long term dating and new friends.

Browse Invisibly



Remove ads

You might like



2    Loveinthebuildin

gallantvk / 28 / Sydney, Australia I OkCupid                    https://www.okcupid.com/profile/gallantvk?cf=messages



3. The Financial Times
4. The Best of Marvin Gaye
5. Hollywood Action films (which are really comedies...the older and fatter the action hero the better...and the more unrealistic the action, the more I love the movie).
6. Safari by Ralph Lauren.

I spend a lot of time thinking about

The future of the global economy (9-5).

Which is the very best little restaurant in Chinatown. (on my way home).

The Clash of Civilisations (if I am feeling intellectual).

How to rip a cross-court backhand winner (on the tennis court).

How to dance like a butterfly and sting like a bee (in the boxing ring).

Karma (as I doze off).

On a typical Friday night I am

That's what I am trying to find out...what to do in Sydney on a Friday night??

You should message me if

You are stylish and smart and funny and fragrant.

The two of us                                      See questions

20%           20%           --
Lifestyle     Dating        Ethics

Personality

↑ More Wholesome    ↑ More Adventurous

See graph

💬 2    😊 Loveinthebuildin

## EXHIBIT B – MAINI'S PLENTY OF FISH PROFILE



Maini sent Plaintiff a love letter at 5:32 AM and by 9:59 PM, he was on a dating app and pretending to be a spy to cover for his affairs.

Vikram KMS                                                                                       May 2, 2016 at 5:32 AM
To: Misha Kaura

Dearest Husnvaali

I am just going to stay in karmayogi mode. Acting without thoughts of the fruit of such actions.

That is, I am dedicating myself to you and the prospect of us without any thought of the joy which we would share, and without imposing any demands on you at all.

"Still" is an important word. You have never really let go of that sense of caution with me since day one. I tend to think that "caution" is really a euphemism for a range of other things. The thing is though that I am not and have never been cautious with you. I never will be. I can never tell you how to feel about me, all I can say is that this "caution" is a big obstacle to our happiness. It is difficult to understand how you can love, cautiously. How you can be soul mates, cautiously. How you can have this ever present sense of caution, with your future husband. But maybe you can enlighten me, I am from Mars after all. 

But it's OK, none of this will stop me trying.

I trust you. I have never, and will never not trust you.

You know, I have always tried to communicate with you in the most clear and open way at all times. But there are a couple of things I am not going to say. Don't worry, I am not really keeping anything from you. It is just that I would like you to come to some realisations at some point, unprompted by me. It is not that I don't want to say these things. Sometimes I just feel like blurting them out. It is just that I have never heard them from you so far. I look forward to the day that I hear it all from your mind and heart.

You know what has been keeping me going this past while? There was a split second, a delightful image when we were on skype the last time, and I was flat on my back, and we were talking about surprises and you flashed this huge smile and rolled your eyes to one side and your whole face lit up. It was pure and wholesome lovely loveliness.

Analyzing URL

http://www.pof.com/viewprofile.aspx?profile_id=110464403

**This content is gone.**
We've confirmed the content no longer exists, or is blocked from Google.
Now you can submit your temporary removal request. The site's webmaster may
receive a notice from Google that an outdated page removal was sent for this URL.



## EXHIBIT C – MAINI'S SHAADI.COM PROFILE



A screenshot of his Shaadi.com profile taken August 26, 2016 where he is posing as a medical doctor when he is not a medical doctor and as a Capricorn instead of a Cancer. He remains an unemployed former marketing executive.

4

## EXHIBIT D – MAINI'S EMAIL INTRODUCTION TO PLAINTIFF'S PARENTS

From: MONIKA KAURA mkaura22@yahoo.com
Subject: Fw: Namaste
Date: 17 October 2016 at 16:04
To: Misha Kaura mkaura@mac.com



----- Forwarded Message -----
From: Vikram KMS <vkmansingh@outlook.com>
To: "mkaura22@yahoo.com" <mkaura22@yahoo.com>
Sent: Wednesday, June 15, 2016 10:00 AM
Subject: Namaste

Namaste Mrs Kaura

I would like to take this opportunity to introduce myself.

As you know, I have developed a friendship with your daughter Misha over recent months.

She is a truly wonderful young woman, and I feel very lucky to have met her.

I turns out we share a lot in common, particularly a similar family and cultural background. I was born and raised in Sydney Australia to a Punjabi Khatri family. We are Hindus, however, also maintain close ties with the Sikh community. Like most Punjabi families, we are spread out around the world, with the larger part of the family based in England. Whilst I was raised in Australia, we would spend our vacations in England with family there. My family is quite traditional, and has managed to keep the old time Punjabi culture alive. My father was an IT consultant throughout his career however, recently had to retire due to poor health. My mother has been a homemaker.

My background is in finance and economics. I am currently working in the private sector, although I would also like to be involved in public policy in the future. I am working on some academic research at the moment with a view to doctoral studies. I have traveled and worked around the world, and particularly valued my time in India after college. I lived and worked there and took the opportunity to re-connnect with my Indian roots and learn about Hindu spirituality and culture. In fact I am trying to steer Misha away from Aristotle and towards Krishna and Arjun!

Misha always speaks very warmly of yourself and Dr Kaura. I would like to seek your permission and blessings to continue and develop our friendship in the coming months. I would only request a little time and space for us to continue to get to know each other and grow our relationship for the future.

I have attached a photo of myself taken a couple of weeks ago with my Naniji at a family event in London.

Jai Mata Di

Vikram



6



### Elite Surveillance
#### Group

Suite 86, 125 Oxford Street, Bondi Junction NSW 2022 | Phone: 1300 365 883
ABN: 81 161 852 704 | Master License No: 410944186



**TAX INVOICE**

**INVOICE TO:**

| | | | |
|---|---|---|---|
| NAME: | Manisha Shelley Kaura | DATE: | 30 Jun 2016 |
| ADDRESS: | 50 South 500 West Apt 231 SALT LAKE CITY UT 84101 USA | INVOICE NO: | INV-1491 |
| | | MATTER: | Mansingh / Sydney |
| | | INVOICE DUE: | 30 Jun 2016 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Tuesday, 28th June 2016 - OP1 | | | |
| Surveillance Hours (Hrs.) | 4.50 | 80.00 | 360.00 |
| Travel Time (Hrs.) | 1.00 | 80.00 | 80.00 |
| Kilometers (Kms) | 20.00 | 0.80 | 16.00 |
| Tuesday, 28th June 2016 - OP2 | | | |
| Surveillance Hours (Hrs.) | 4.50 | 80.00 | 360.00 |
| Travel Time (Hrs.) | 1.00 | 80.00 | 80.00 |
| Kilometers (Kms) | 20.00 | 0.80 | 16.00 |
| Administration Fee (15% of Field Hours) | 1.00 | 54.00 | 54.00 |

Commonwealth Bank of Australia
Account Name: Cryptico Consulting Pty Ltd
BSB: 062 124
Account Number: 11 11 5579

| | |
|---|---|
| SUB TOTAL | 966.00 |
| GST 10% | 96.60 |
| TOTAL | 1,062.60 |
| LESS PAYMENTS | 0.00 |
| TOTAL DUE | 1,062.60 |



Plaintiff had to retain a private investigation company to discover Maini's true identity.

7

**EXHIBIT E – MAINI'S FAKE SOCIAL MEDIA PROFILES**



gallantvk Ok, let's do this.

Maini continued using the gallantvk username on a fake Instagram account to dupe Plaintiff into believing he was a real age 28 investment banker.

8

Amar Maini | Facebook https://www.facebook.com/amar.maini.716

Email or Phone Passw

Forgot!

**Amar Maini is on Facebook.**

To connect with Amar, s

Sign Up | Log In

**Amar Maini**

Friends  Photos  Videos

## About Amar Maini

**EDUCATION**

**University of Sydney**
Class of 2001 · Economics · Sydney, Australia

**The Hills Grammar School**
Class of 1997 · Kenthurst, New South Wales, Australia

**CURRENT CITY AND HOME TOWN**

**Sydney, Australia**
Current city

**Sydney, Australia**
Home Town

**Photos**

See

**Others named /**

Amar Devi

Amar Mair

Amar Devi

1 of 2   11/25/16, 2:13 PM



••••○ Optus 4G            2:20 PM            @ ⁑ 40% ▇

🔒 **amar mansingh sydney**            ↻

# Google

amar mansingh sydney            ✕  🔍

**ALL**   MAPS   NEWS   IMAGES   VIDEOS

**Amar Vikram Kumar Mansingh, Sydney | ...**
https://www.zomato.com › users › amar-...

Mobile-friendly - Podívej se na Amar Vikram Kumar Mansingh recenze restaurací, oblíbené restaurace, seznam přání a další činnosti v ...

**Mughal Room, Agra - Restaurant Reviews, Phone Number & Photos - TripAdvisor**
https://www.tripadvisor.com.au › Restaur...

★★★★⯪ Rating: 4.5 - 75 reviews
Mobile-friendly - Mansingh Palace, Agra. 3.5 out of 5, 689 reviews ... Hotel Amar. 3.0 out of 5, 472 .... Sydney, Australia. Level Contributor.

**Man Singh I - Wikipedia, the free encyclopedia**

<   >       ⬆       📖       ◻





◀ Sydney  🔍 Search for restaurant, cuisine or a dish...

Search ▾

Reserve a Table   Log in



# Amar Mansingh
📍 Sydney

🏅 4 BIG FOODIE
**25 POINTS TO LEVEL UP**

Dineline

| | |
|---|---|
| Reviews | 19 |
| Photos | 0 |
| Followers | 54 |
| Bookmarks | 0 |
| Been There | 12 |

## Dineline

 **Sagar Ratna**
Sector 35, Chandigarh



## EXHIBIT F – MAINI'S PROPOSAL TO PLAINTIFF



# EXHIBIT G – MAINI'S MULTIPLE SKYPE ACCOUNTS



Amar Chander
Offline

Skype

Location   Australia

**Add Contact**
Enter the full name, Skype name, or email address of the user you're looking for:

amarcm@outlook.com                                                                Find

▼ Search Options

Country/Region                                                     State          City
Any Country/Region

Language                                                           Age            Gender
Any Language                                                       Any Age        Any Gender

**Amar Chander Maini**
live:amarcm_2   Australia                                                 Request Accepted

**Amar Chander**
amarcm4   Australia

**Amar Chander Maini**
live:amarcm_2   Australia                                                 Request Accepted

**Amar Chander**
amarcm4   Australia

**Add Contact**
Enter the full name, Skype name, or email address of the user you're looking for:

vkmansingh@outlook.com                                                            Find

▼ Search Options

Country/Region                                                     State          City
Any Country/Region

Language                                                           Age            Gender
Any Language                                                       Any Age        Any Gender

**Vikram KMS**
live:vkmansingh   Sydney, Australia                                       Request Accepted

17

# EXHIBIT H – PROOF OF MAINI'S IP ADDRESS BEHIND OFFENDING POSTS

## IP Address Lookup

IP: 60.227.209.118   [Lookup]

| | | | |
|---|---|---|---|
| IP Address | 60.227.209.118 | IP Address | 60.227.209.118 |
| ASN | 1221 | ASN | 1221 |
| City | Newcastle | City | Marrickville |
| State/Region | New South Wales | State/Region | New South Wales |
| Country Code | Australia | Country Code | AU |
| Postal Code | 2300 | Postal Code | 2204 |
| ISP | Telstra Internet | ISP | Telstra Corporation Ltd |
| Time Zone | +10:00 | Time Zone | Australia/Sydney |

IP2Location.com Results                                ipdata.co Results

## COMPONENT OF QUORA SUBPOENA HOLDING MAINI RESPONSIBLE VIA IP

**Subscriber Information**
Name(s): Jo Smith
Email address(es): billyboythornton@gmx.com
Account created: Feb 25, 2020 04:56 PM PST
Latest IP: 60.227.209.118

**Posting Activity**

Content type: Answer - https://qr.ae/pNKbNK

Question: Have you ever encountered a pedophile before?
Content posted:

18

## EXHIBIT I – MAINI MANIPULATED PLAINTIFF INTO CREATING A PRIVATE INSTAGRAM ACCOUNT BELIEVING SHE WAS BUILDING A RELATIONSHIP WITH "VIKRAM KUMAR MANSINGH"

