UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-CV-80147-ROSENBERG/REINHART

JANE KOE,
    *Plaintiff,*
v.

AMAR CHANDER MAINI.,
    *Defendant.*
_____/

FILED BY_____ D.C.
JUL 01 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## AFFIDAVIT of MONIKA CHOPRA KAURA REGARDING STALKER MAHIMA CHABLANI

The undersigned, Monika Chopra Kaura, a citizen of the United States resident in Scottsdale, Tucson, Bloomfield Hills, and Palm Beach, and a visa holder in New Delhi, being duly sworn, deposes and says:

1. I am the biological mother of the Plaintiff Jane Koe in this lawsuit, who filed under a pseudonym on January 31, 2021.
2. I affirm that everything my daughter, the Plaintiff, has stated in her Complaint, First Amended Complaint, Second Amended Complaint, and Third Amended Complaint is true.
3. I affirm that I am from the Chopra Family, a Khatri Kshatriya by birth, pure caste lineage, and I affirm that my husband is from the Kaurava Family, a Khatri Kshatriya by birth, and also pure caste lineage. I raised all three of my children with our caste traditions and cultural values. Each child knows their prayers from memory and where we come from as a family.
4. My husband and I had a traditional arranged marriage as is custom in our caste; we love each other deeply. I hoped the same for all of my children, especially my firstborn daughter.
5. My daughter did not inform my husband and I that she sued Amar Chander Maini or the extortion ring until February 2021. We would have supported her in funding litigation expenses if we knew, but she did not communicate to us the extent of the situation.
6. My daughter has graduated from her law school in England and is finishing the J.D. degree program in the US. She is well educated and has spent $490,000 thus far pursuing her educational goals across fashion design, jewelry design, law, and business management between 2017 to 2021, in a large number of dual, triple, and quadruple degree and certification programs. My husband Sitaram and I reimbursed her in full for all of her educational expenses thus far upon her most recent graduation.
7. My daughter is a full abstinent virgin who struggled with shyness while battling her metabolic condition, only coming out of her shell and getting 'out and about' post-treatment in 2016.

### RE: MAHIMA CHABLANI

8. From January 2021 to June 2021, Mahima Chablani has engineered a nonstop harassment campaign against my daughter and myself in an attempt to (1) make my daughter's case newsworthy to (2) cause her to feel tremendous emotional distress so (3) Chablani could attempt and fail to reunite with someone who dumped her in 2019.
9. Mahima Chablani has harassed my daughter nonstop via text message and social media since February 2021. Chablani has harassed me directly and two properties I own since February 2021.
10. My daughter is a participant in the Address Confidentiality Program due to her prior abusive relationship with Maini and the fact that he tried to kill her multiple times. Chablani used her position at

*The New York Times* newspaper to find my daughter's address location and file fake police reports at her home address to dissuade my daughter from continuing to post her podcast.

11. Chablani's abusive behaviors have led my daughter to be in genuine fear for her physical safety. Chablani has a masculine, big-boned body shape and weighs quite a bit for someone of her stature, causing my rail thin daughter to be in fear of Chablani's psychological attacks turning physical. My daughter had to create a new safety plan as a result of Chablani's abuse.
12. Chablani violated New York Penal Code §250.05 by eavesdropping and shaping invasive, private questions asked by multiple *New York Times* reporters when she had no right or authority to participate in the interview process, let alone to investigate or harass my daughter. A Class E felony punishable by jail time, "a person is guilty of eavesdropping when she unlawfully engages in wiretapping, mechanical overhearing of a conversation, or intercepting or accessing of an electronic communication."
13. Chablani stalked me, my husband Sitaram, my other two children, dozens of my daughter's former school classmates, and every single academic administrator, trying to get as much information out of them as possible to learn more about my daughter when it had zero relevance to the articles in question. Chablani is not an investigative journalist and appears to be an entry-level journalist who was given neither permission nor authority to abuse my daughter and her professional network. At all hours of the day and night, Chablani has called my home, my cell phone, requesting information about my daughter. I have refused to answer her questions, which continued even after I revealed I recently started receiving treatment for a life-threatening disease.
14. My daughter, the Plaintiff, had suicidal ideation for months as a direct and proximate result of Chablani's harassment, which included sending the following text messages to her:
    a. "Your lawsuit will be distributed absolutely everywhere."
    b. "By the time I'm done with you, your lawsuit will be read by millions of people."
    c. "Your name deserves to be printed and I'd print it myself if they'd have let me."
    d. "It's your word against mine. And we all know what little credibility you have, what suing for defamation and all."
    e. "Who will believe you, [Jane Koe]? I'm at such a prominent publication."
    f. "[Full Name Redacted] has been my mentor since I joined the publication. She will do anything for me, she sees me as a daughter."
    g. "Nobody will ever believe you. It's your word against mine."
    h. "I could go tell people in your industry and nobody will believe anything you say about me."
    i. "I worked so hard to get a job here, and you are not going to stand in the way of a good story."
    j. "You don't deserve love because of your medical condition."
    k. "You're a leper who should have died years ago. WHY did the Cleveland Clinic let you live? If it was me or any of my sisters, I would've told them to pull your life support."
    l. "He won't believe you."
    m. "I'm the sole winner here. I'm marrying into serious money. You're going to die with your medical condition and nobody will help you or the patients you serve."
    n. "You can't prove I eavesdropped."
    o. "You don't deserve anything good in life."
    p. "Yes, I called on you. You deserve to suffer."
    q. "I'm a good squash player. I'm always several steps ahead, and I covered my tracks. If you subpoena, you won't find evidence because I took care of it."
    r. "He and I got married in 2019. He proposed marriage to me in 2018. Why do you think he's single?"
15. Despite not being a byliner, Mahima Chablani abused the journalistic ethical code to insult and malign my daughter. When my daughter attempted to fight back, Chablani worked to discredit her, silence her,

gaslight her, and malign her, on top of accusing my daughter of "severe mental illness." My daughter is and has always been in good health.

16. Mahima Chablani is jealous of my daughter's podcast, which before her tremendous emotional abuse and Amar Chander Maini's hacking was in the top 3% worldwide in the Fashion and Art category. Every time my daughter posted her new episodes on Tuesday and Thursday evenings, Chablani called the police to her domestic violence residence to induce fear in my daughter.

17. Images of police outside my daughter's domestic violence accommodation, all due to false police reports filed by Chablani in an effort to sabotage my daughter's podcast show:

a. 

18. I have prepared a separate affidavit regarding Amar Chander Maini that will be submitted with the remainder of my daughter's filings.

I declare under penalty of perjury that the facts herein are true and correct. A notary is not required pursuant to Florida Statute 92.525.

RESPECTFULLY SUBMITTED and DATED on this 1st day of July 2021.

By: _____
Monika Chopra Kaura
7750 Okeechobee Blvd., Ste. 4-481
West Palm Beach, FL 33411
United States of America