UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-CV-80147-ROSENBERG/REINHART

JANE KOE,
    *Plaintiff,*

v.

AMAR CHANDER MAINI,
    *Defendant.*
_____/



FILED BY _PLS_ D.C.

JUL 02 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### AFFIDAVIT of SASHA LEAH KAURA

I, Sasha Leah Kaura, being first duly sworn, state that from my own personal knowledge, if called to testify, I can truly and competently testify to the following:

1. I, Sasha Leah Kaura, am the biological sister of the Plaintiff, Jane Koe, in this cause of action against the Defendant, Amar Chander Maini. I'm a mentally fit and competent adult.
2. The allegations my sister has made in the Complaint at Law, the First Amended Complaint at Law, the Second Amended Complaint at Law, and the Third Amended Complaint at Law, are true and accurate.
3. Our parents raised my sister and I with a view for both of us to obtain arranged marriages to suitors in our caste (Kshatriya) and subcaste (Khatri). We were raised to be traditional, educated, work-at-home wives competent in managing our future households and supportive assets. We were encouraged from an early age to master the skillsets necessary for arranged marriage. My sister took it all much more seriously than me, pouring every part of her competitive energy into becoming the best. I also participated in art, cooking, dance, music, etc., always looking up to her as my example.
4. When I was age 8, our brother age 5, and my sister age 11, we all went on a Carnival Cruise vacation to the Caribbean with our parents and some family friends. I don't remember every detail that happened, but I do remember that my sister and I used to eat a lot of unlimited ice cream on the topmost floor. Randomly, she got strep throat after a few days onboard, and she was given an incorrect medication called Neomycin. She got really, really sick, and had to have her stomach pumped multiple times at a Caribbean hospital that looked fairly dilapidated. Our Dad went in with her and asked for her to be given Amoxycillin, which is what is normally prescribed. For whatever reason, the drunkard doctor continued to give her the wrong medication, and because we weren't in America, our Dad couldn't do anything as the pharmacies were all "out of stock" and he has no prescribing rights outside of India and America. Once we landed back in Fort Lauderdale, my sister, Mom, and Dad all went to the hospital while my brother and I played in the hospital play area and watched cartoons. I

remember my Mom crying a lot and explaining to my aunt saying my sister's life will be ruined if she doesn't get better soon.

5. My sister's entire personality changed after the multi-month hospital fiasco after that terrible cruise which all of us hated. She used to be very outgoing and confident, the most popular girl in her class by far, but became shy after that. I know for a fact she never told anyone at our school about her condition; she just let people believe whatever they wanted to believe. I think she felt embarrassed about vomiting sometimes. Some girls used to accuse her of anorexia, and my sister never corrected their false assumptions. None of us ever spoke about her condition to anyone; we're Victorian 'stiff upper lip' types. We always felt that if she didn't want to talk about it then we wouldn't talk about it to protect her medical privacy. The only person outside of our family who knew about it was Amar Chander Maini. My sister trusted him for whatever reason, and that was obviously a mistake.

6. My parents always fed my sister a separate meal plan and dinner plan from the rest of us and used an entirely different kitchen as well just to prevent any gluten contamination. I know she always felt left out and excluded about it, and it was really hard on her. We're from a really big Indian family and every holiday, my sister missed out on cookies, candies, etc. because my parents were always extremely cautious about what to feed her. I think part of the reason she was so drawn to Amar Chander Maini was because he introduced her to so many foods when previously she literally only ate boring foods such as jello, egg whites, Daiya pizza (which she hates), and so on. He took her to lots of famous, high end restaurants…where he used to tell her to eat whatever he ordered without mind to her really life-threatening allergies.

7. My sister is a complete abstinent virgin. It was her choice to save herself and I know she's really proud of it. I'm proud of her as well. She always went to school dances and was popular in student government, though I don't think she had anywhere near a normal life. She was always different from my brother and I in terms of her view of the world and goals.

8. Amar Chander Maini and my sister began courting on February 20, 2016 using the catfish alias name Vikram Kumar Mansingh, outdated photos, and the false age of 28. She was miserable the entire courtship and kept telling me she wished she could die by suicide because she saw that as the only way to avoid bringing dishonor to our family. My sister is a very loyal, empathetic, methodical person and she didn't want to have to go through a breakup.

9. I was the first person my sister called after Amar Chander Maini proposed to her out of the blue on November 1, 2016 while she was in the middle of breaking up with him. I remember her sounding like she was about to vomit on the phone, and she appeared to be freaked out by what happened, since Amar Chander Maini did NOT follow proper protocol. For starters, he demanded my Dad give my sister's dowry before, did not tell any of us he was proposing, and didn't buy my sister's favorite type of flowers or otherwise do anything that special. My sister told me she felt she had to say yes because of the sheer number of Chinese tourists on

the boardwalk and the fact that Amar Chander Maini hired such an expensive photographer. She wanted to help him save face so said yes out of pity, fear, obligation, and dharma.

10. Our Dad was quite charmed and fooled by Amar Chander Maini, or shall I say "Vikram Kumar Mansingh," but I saw right through his charade. I knew something was off about him from the beginning, but because our Dad—who is the head of our household and the final authority on absolutely everything—was so supportive of him, our Mom and I had to silence our true views. I remember my sister crying on the phone nearly every single day, miserable beyond belief, but she wanted to make it work with him for the sake of our Dad. The only way she was able to help our Dad see the true side of Maini was through hiring the private investigators on a long-term basis. By the time our Dad finally woke up, he already handed over so much.

11. My sister has a heart of gold and a soft personality, with a semi-hard shell because she has to be tough sometimes to protect her inner softness. I was Facetiming with her when she broke things off with Amar Chander Maini, and she went out of her way to provide him with a plan for him to achieve his business and political goals without her. I don't know of many others who go out of their way to help others as selflessly as my sister. She tried to give him as nice of a landing as possible. She stood by him when he lost his job, despite all of us realizing he was a complete con artist and a catfish.

12. I believe the two ended things on an amicable enough note, but Amar Chander Maini has remained a nuisance and an embarrassment to her, to my entire family, and to our family dog, Champ, since my sister broke up with him. To this day, he continues to sabotage her career, health, and happiness. The damage Amar Chander Maini has done to my sister's life, arranged marriage pathway options, and professional reputation cannot be understated.

13. Our Dad is a doctor, I'm studying to be a nurse, and my brother is studying to be a medical doctor and both of us learned a lot about what health context means in healthcare settings. Seeing the resilience my sister has is really rare in the healthcare field—she always volunteers to help others and she's not the kind of person to let adversities hold her back. What Amar Chander Maini did by forcing her to talk about her metabolic condition she developed out of horrific, traumatizing medical malpractice and her dyslexia made my sister suicidal and on edge for a long, long time. She was a shell of herself for a long time.

14. I don't know many specifics about the financial side of things, but I do know that our parents and my sister have spent a lot of money, time and energy rectifying the damage Maini continues to cause. Maini's repeated malicious, calculated efforts to inflict as much damage as possible to my sister's reputation by sending out defamation to everyone in our community plus his complete lack of remorse even after my sister commencing litigation has put her in a bad position. My sister is in a bunch of domestic violence protection programs.

15. I can affirm based on my own personal knowledge that Amar Chander Maini hacked all of my sister's bank accounts and is the reason her PayPal account got shut down when she was in Istanbul, Turkey, trying to get away from him without him finding her.

16. I also know firsthand that Amar Chander Maini continues to stalk her all the time, and is the reason my sister kept getting cyberbullied over and over again when she did nothing wrong to anyone. My sister is literally the sweetest girl I know, and I don't know why people have such polarized reactions to her when they don't know her story or what she's overcome. I think it's difficult because other girls see her looks and success and assume her life has been easy when I know I wouldn't be able to get through 5% of what she has for even a day without losing it. A lot of the mean girl behavior my sister has gone through nearly nonstop since Amar Chander Maini first wrote his libel is because of jealousy. I know Mahima Chablani is really jealous of my sister, for example. She's been obsessed with my sister for years, copying her hairstyle, making her Instagram username @mahitunes after my sister's startup company called Vocab Tunes (founded 2004), imitating her, etc. What she's done by violating my sister's medical privacy and constantly calling the police whenever my sister posts her podcast episodes is completely out of line, but I don't think Mahima will amount to much long-term. Haters never really stop hating and creating/innovating like my sister does.
17. Based on my experience as someone who knows her better than anyone else, my sister is understandably hurt that arranged marriage didn't work out and that she had to go to the matchmaking companies in the first place. I love her very much and I want her to be happy.
18. I hope she gets the happy ending that she deserves after all of this insane ordeal. She's been through Hell in a handbasket because of that man Amar Chander Maini, and I know what she wants more than anything is a fairytale. I highly doubt Amar will ever admit what wrong he's done to her because he's incapable of taking responsibility for anything let alone saying sorry to her as she deserves. I do hope the Court comes up with some kind of fair solution because my sister can't keep living like this, putting out fire after fire that Amar and other people jealous of her cause out of malice and jealousy.

I declare under penalty of perjury that the facts herein are true and correct. A notary is not required pursuant to Florida Statute 92.525.

RESPECTFULLY SUBMITTED and DATED on this 2nd day of July 2021.

By: _____
Sasha Leah Kaura
7750 Okeechobee Blvd., Ste. 4-481
West Palm Beach, FL 33411
United States of America