UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-CV-80147-ROSENBERG/REINHART

JANE KOE,
    Plaintiff,
v.

AMAR CHANDER MAINI,
    Defendant.
_____/

FILED BY **Mee** D.C.
OCT 14 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW Plaintiff Jane Koe ("Plaintiff") who seeks to dismiss without prejudice claims against Amar Chander Maini, ordinarily resident in Australia, evading Hague service by vacationing in China. This dismissal without prejudice is pursuant to Federal Rules of Civil Procedure 15(a), 21, 41(a)(1)(A)(i), and 41(a)(1)(B), as per *Hernandez v. BMNY Contracting Corp.* No. 17 CIV. 9375 (GBD), 2019 WL 418498, at *1 (S.D.N.Y. Jan. 17, 2019), *Stapleton v. Vicente*, No. 15-504, 2019 WL 2494564 (June 14, 2019), and *Quaratino v. Tiffany & Co.*, 71 F.3d 58, 66 (2d Cir. 1995).

In accordance with Southern District of Florida Local Rule 7.1(a)(3), Plaintiff has attempted to confer with Maini prior to filing this Motion to Dismiss without Prejudice. While attempting to confer with Maini, Plaintiff pointed out that he attempted and failed to rape her anally in December 2016. Plaintiff reported his failed dildo rape attempt to the police in December 2016 after Maini stole her passport and to a barrister for a private criminal prosecution against him in January 2019. Plaintiff is a patient with chronic illnesses TMAU type II, Celiac disease, and Chron's disease who used her karate skillset to fight off Maini and to maintain her 100% abstinent virginity. To this end, Plaintiff seeks to withdraw her civil case due to the spotlight; she may or may not file at a later point with counsel. The attached exhibit features a copy of a non-executed, Proposed Settlement Agreement.

RESPECTFULLY SUBMITTED and DATED this 14th day of October 2021.

By:    _____
    Jane Koe, Plaintiff *Pro Se*
    7750 Okeechobee Blvd., Ste. 4-481
    West Palm Beach, FL 33411
    United States of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served in person by process server on October 14, 2021 at the Southern District of Florida West Palm Beach Clerk of Court Office. PACER electronic records will be updated in due course and sent to all counsel and parties on record.

By: _____

Jane Koe, Plaintiff *Pro Se*
7750 Okeechobee Blvd., Ste. 4-481
West Palm Beach, FL 33411
United States of America

## EXHIBIT: PROPOSED SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT (the "Settlement Agreement") is made and entered into as of October 11, 2021 (the "Effective Date"), by and between Plaintiff Misha Kaura ("MK"), and Amar Chander Maini (hereinafter "ACM"). MK and ACM are referred to in this Settlement Agreement individually as "Party," and collectively as the "Parties." This Settlement Agreement is a binding contract, the terms of which are described below.

## RECITATION AND PURPOSE

WHEREAS, on October 11, 2021, MK will file a voluntary dismissal without prejudice;

WHEREAS, MK is requesting coverage of all costs;

WHEREAS, MK is requesting the publication of documentation confirming her complete abstinent virginity and the fact that she and Maini never had any form of sexual activity;

WHEREAS, MK is requesting the full removal of defamatory content placed on Bashing Sites, Twitter, Reddit, and Quora;

WHEREAS, MK is filing a voluntary dismissal with prejudice of defendant Amar Chander Maini no later than October 15, 2021 in exchange for a personal guarantee that Maini will not post further defamatory content online or continue lying to potential suitors about MK;

WHEREAS, Amar Chander Maini has indicated a willingness to settle the dispute out of court by providing full removal of defamatory content, and supporting MK's motion for a voluntary dismissal with prejudice;

WHEREAS, MK is willing to accept that settlement subject to the terms and conditions contained herein;

WHEREAS, the Parties wish to settle this dispute as quickly and as privately as possible;

NOW THEREFORE, with Maini admitting liability and fault with respect to the merits of the Dispute, the Parties wish to settle their differences under the terms of this Settlement Agreement.

## SETTLEMENT

For good and valuable consideration, the sufficiency of which is hereby acknowledged, and in consideration of the mutual promises and covenants herein, the Parties agree as follows:

**1. Incorporation of Recitation and Purpose-** The recitals above are incorporated by reference.

**2. Condition Precedent-** The terms and conditions of this contract do not go into effect until and unless ACM signs this agreement with the understanding that the limited coverage of costs, and goodwill, in-kind donations of services remain within the irrevocable and exclusive control of MK.

**3. MK's Obligations-** MK agrees to file a voluntary dismissal of Amar Chander Maini, without prejudice.

**4. MK's Representations-** MK represents that she is aware of her right to seek legal advice about the within contract and has declined to do so.

**5. ACM's Obligations-** ACM agrees to provide payment of a confidential sum to be determined privately.

**6. ACM's Representations-** Should anyone contact ACM for information involving MK, ACM represents that it is ACM's obligation to refuse to speak to them under any circumstances.

**7. Release by ACM-** Except for the duties, liabilities, and obligations under this Settlement Agreement, ACM releases and discharges MK, her attorneys, agents, representatives, and all persons acting by, through, under, or in concert with any of them (all collectively referred to as the "MK Released Parties"), and each of them, from all charges, claims, penalties, complaints, demands, liens, actions, obligations, causes of action, judgments, expenses (including attorneys' fees and costs), and liabilities of whatever kind or nature, in law or in equity, known or unknown, fixed or contingent, that ACM now has or may have ever had against the MK Released Parties through the date of this Settlement Agreement.

**8. Release by MK-** Except for the duties, liabilities, and obligations under this Settlement Agreement, MK releases and discharges AC, as well as its parents, subsidiaries, affiliates, owners, partners, principals, officers, directors, employees, managers, members, predecessors, successors, insurers, insureds, attorneys, agents, representatives, and all persons acting by, through, under, or in concert with any of them (all collectively referred to as the "ACM Released Parties"), and each of them, from all charges, claims, penalties, complaints, demands, liens, actions, obligations, causes of action, judgments, expenses (including attorneys' fees and costs), and liabilities of whatever kind or nature, in law or in equity, known or unknown, fixed or contingent, that MK now has or may have ever had against the ACM Released Parties through the date of this Settlement Agreement. MK shall file a voluntary dismissal of AC, without prejudice, on October 15, 2021, but only after ACM's execution of the Settlement Agreement.

**9. No Admission-** The Parties acknowledge that the consideration described above is made to compromise a disputed claim and is not to be construed as an admission of any liability on the part of any Party, or the validity of any Party's claim or defense to a claim. Neither this Settlement Agreement, nor any actions taken hereto or thereto, shall constitute evidence admissible against the Parties in any action or proceeding other than one to enforce this Settlement Agreement.

**10. No Representations About Taxes-** Each of the Parties acknowledges and agrees that the other has made no representations regarding the tax consequences of any payments made pursuant to this Settlement Agreement. ACM agrees that he will pay any and all taxes that may be due on payments received pursuant to this Settlement Agreement. ACM agrees to indemnify MK and hold her harmless from any interest, taxes or penalties assessed against MK by any governmental agency as a result of ACM's non-payment of taxes on payments received pursuant to this Settlement Agreement.

**11. Confidentiality-** The Parties agree that this settlement agreement is to be publicized, disseminated and otherwise make known to other persons, with only the payable amount remaining confidential according to the terms of this Settlement Agreement. Should any third party inquire about the terms of this Settlement Agreement, the Parties shall be limited to

responding as follows: "The matter was resolved on mutually agreeable terms." Notwithstanding the foregoing, this confidentiality provision shall not prevent the Parties from discussing the existence of, or terms contained in, this Settlement Agreement (a) in connection with any action or proceeding to enforce its terms, (b) with any individual rendering legal, financial, investment, tax, estate planning and other professional advice to a Party (all of whom also will be bound by and advised of this confidentiality provision as agents and/or representatives, as set forth more fully below), or (c) to the extent they are required to do so by local, state or federal tax authorities, subpoena, court order, or other compulsory process of law. Should this Settlement Agreement be the subject of a subpoena or other compulsory process, the disclosing party shall immediately notify the other party and its counsel of the disclosure obligation and permit the other party to take all lawful steps it deems to be appropriate to prevent or limit the required disclosure. To the extent the disclosing party makes such disclosures to its legal, financial, investment, tax, estate planning and other professional advisors, the disclosing party will notify the individual to whom the disclosure is made that the information disclosed is confidential and not to be disclosed to others.

**12. Non-Disparagement-** The Parties agree not to criticize, denigrate, or disparage the other Party and not to make negative, derogatory, or untrue statements about the other Party's professional activities or services. Should any third party inquire about the previous relationship of the Parties, the Parties shall be limited to responding as follows: "We discontinued our relationship. I wish the other party well in their future endeavors and future marriage. I will not speak further about this person."

**13. Representations and Warranties-** The Parties mutually represent and warrant that no right, claim, cause of action or demand, or any part thereof, which either of them has against the other has been assigned, transferred, or granted to any other person, firm, partnership, corporation or other individual or entity, in any manner whatsoever. The Parties agree to indemnify and hold harmless the other from any and all claims, damages, losses, liability demands, expenses, costs, attorneys' fees, and causes of action arising from the violation of any of the foregoing representations and warranties.

**14. Binding Effect-** This Settlement Agreement shall be binding on, and shall inure to the benefit of, the respective legatees, devisees, heirs, executors, administrators, assigns and successors in interest of the Parties.

**15. Entire Agreement-** This Settlement Agreement hereto contains all representations and the entire understanding and agreement between the Parties concerning the subject matter of this Settlement Agreement and supersede any and all other agreements, either oral or in writing, between the Parties hereto concerning the subject matter of this Settlement Agreement. Any representation, promise or condition, whether oral or written, not specifically incorporated herein, shall be of no valid or binding effect upon the Parties.

**16. Governing Law and Dispute Resolution-** The Parties agree that this Settlement Agreement is a contract formed in the State of Florida and that its existence shall be governed, interpreted, performed and enforced solely in accordance with the laws of the State of Florida, without reference to principles of conflicts of law. Each of the Parties hereto irrevocably and

unconditionally confirms, consents and agrees that any action, dispute, controversy or claim arising out of or relating to this Agreement or the breach thereof will be subject first to binding mediation. Only if binding mediation is unfavorable will binding arbitration be considered. Binding arbitration shall be before a single arbitrator in accordance with the American Arbitration Association, and to be conducted in the exclusive venue of the City of Miami, Florida. The Parties agree to share equally all fees and expenses of the arbitrator and the arbitration. MK and ACM further agree that the arbitrator will be empowered to enter any such relief as the arbitrator determines, including but not limited to, entering an equitable decree mandating equitable relief, specific performance and enforcement of the terms of this Agreement. The decision of the arbitrator will be final and binding on the Parties. The arbitrator shall award the prevailing party reasonable attorney's fees, costs and expenses incurred in connection with such arbitration from the non-prevailing party. The Parties acknowledge and agree not to commence any litigation relating to this Agreement or the breach thereof in any court. The Parties further acknowledge and agree to be subject to service of process in the State of Florida and specifically in the City of Miami for said arbitration, and the Parties waive any objection to the laying of venue in the City of Miami for the above-described arbitration between the Parties.

**17. No-Frivolous Claims-** In the unlikely event of a dispute involving the Settlement Agreement, the parties agree to stipulate that neither will make, nor threaten to make any claims in mediation or arbitration unsupported by relevant legal argument and/or evidence. Any party in breach of paragraph 16 herein shall become liable to pay any attorney's fees directly resulting from such claims or threat of claims.

**18. Waiver of Attorneys' Fees-** With the sole exception of fees which may become due pursuant to paragraph 16 herein, the Parties hereby waive their right to collect any attorneys' fees from each other in connection with the Dispute or the Settlement Agreement herein, or the Dispute.

**19. Severability and Reformation-** The parties agree to stipulate that each and every term and condition of the Agreement is material and that each and every term in the Settlement Agreement is reasonable and can be accomplished in the manner set forth in the Settlement Agreement. The parties further agree that, should any term be deemed unenforceable in whole or in part, by a Court of competent jurisdiction, only that portion which is unenforceable, narrowly construed, should be severed from the Settlement Agreement and that all remaining provisions be not affected or impaired in any way by such a finding. The Parties further agree that in the unlikely event that a term or terms in the Settlement Agreement be deemed unenforceable, and the inability to enforce such a term is materially adverse to either Party, that the Parties shall modify the Settlement Agreement to carry out the original intent of the Agreement to the fullest extent possible.

**20. Modification or Amendment.-** This Settlement Agreement, including this Paragraph 19, may be modified or amended only by an agreement in writing signed by all of the Parties hereto.

**21. Waiver-** No waiver of any provision of this Settlement Agreement shall constitute a waiver of any other provision, nor shall such waiver constitute a continuing waiver. No waiver shall be valid unless the same is in writing and signed by all of the Parties hereto.

**22. No Third Party Beneficiaries-** No person or entity shall be considered a third-party beneficiary of, or otherwise entitled to any rights or remedies under this Settlement Agreement, except with respect to the releases expressly provided for herein.

**23. Headings-** Headings as used in this Settlement Agreement are for convenience only and are not a part of this Settlement Agreement. The Parties acknowledge that they have read the full substance of each paragraph and are not relying on the headings.

**24. Joint Drafting-** The parties hereto have participated jointly in the negotiation and drafting of this Settlement Agreement, in the event an ambiguity or question of intent or interpretation arises, this Settlement Agreement shall be construed as jointly drafted by the parties hereto and no presumption or burden of proof shall arise favoring or disfavoring any party by virtue of the authorship of any provision of this Settlement Agreement.

**25. Capacity-** The individuals signing each affirm that where they act as an individual that they are each over the age of 18 and have capacity to contract and that where the individuals signing act for and on behalf of a company, partnership, or other entity, that they each have authority to bind such an entity to the terms of the agreement.

**26. Counterparts-** This Settlement Agreement may be executed in several counterparts, each of which shall be deemed an original and all of which together shall constitute the Settlement Agreement notwithstanding the fact that all of the Parties have not been signatories either on the same date or to the same counterpart; provided, however, the Settlement Agreement shall not become effective until completely conforming counterparts have been signed by each of the Parties hereto. A facsimile or PDF file (or similar reliable electronic image) copy of the signed/initialed Settlement Agreement and/or counterpart shall be deemed the same as an original.

**ACCEPTED AND AGREED TO:**

Misha Sophia Kaura aka Jane Koe
Plaintiff *Pro Se*
Date October 11, 2021

Amar Chander Maini
Defendant
Date October 12, 2021

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:20-CV-80147-ROSENBERG/REINHART

JANE KOE,
*Plaintiff,*

v.

AMAR CHANDER MAINI,
*Defendant.*
_____/

### AFFIDAVIT

I, Misha Sophia Kaura, being first duly sworn, state that from my own personal knowledge, if called to testify, I can truly and competently testify to the following:

1. I'm a mentally fit and competent adult. Thanks to hard work, I no longer meet the diagnostic criteria for Post-Traumatic Stress Disorder, Situational Depression, or Generalized Anxiety Disorder.
2. I possess 20/20 vision thanks to LASIK eye surgery. I see clearly.
3. I filed this case under the pseudonym of Jane Koe to protect myself from libel and it has not protected me from further libel, seeing as salon owners libeled me, Edward Lucas scapegoated me for his extramarital affair with my London neighbor N.D., etc.
4. Throughout my relationship from Hell with Amar Chander Maini, I did spend a considerable amount of time reading medical journals trying to find a proper set of permanent solutions to a major health access problem that affects thousands of people around the world.
5. Despite permanent gut microflora issues caused by Maini stealing my Metronidazole, I can control my Trimethylaminuria type II symptoms except when on my period provided I take my supplements for 21 days straight. I didn't take my supplements for most of 2020 due to Lockdown and face masks and I still struggle with social anxiety, hence avoiding people in person. I'm in communication with a commercial manufacturer who is preparing three enzymes for my use in a pending FDA investigational new drug called enzyme replacement therapy. These enzymes are choline TMA-lyase (cutC), carnitine oxygenase (cntA), and

carnitine monooxygenase subunit (YeaW). I'm also in communication with the Broad Institute for FMO3 gene therapy based on work from the Zhang lab.

6. I've placed my fashion goals on hold for the time being. My fashion label has lost its cache after nonstop libel and brand tarnishment from Maini. I barely avoided fashion business bankruptcy by going to my family for a bailout, and fundraising for my label is not happening. As a result, I've chosen to make my fortune in pharmaceuticals and then return to fashion from a stronger standpoint with everything I need to succeed.

7. I've put together an independent team to turn my nonprofit work into a for-profit subsidiary. We're commercializing enzyme replacement therapy and gene therapy treatments for trimethylaminuria. Eventually, the goal is to commercialize enzyme replacement therapy for isovaleric acidemia and photodynamic therapy for halitosis as well. Multiple top venture capital firms support my vision to bring the best care to this marginalized dermatologic patient population and I feel confident that eventually, these diseases will be a thing of the past in the same way that Pompe Disease and Gaucher Disease are no longer life sentences.

8. I've been single since I broke up with Amar Chander Maini, and on top of sabotaging my body's ability to metabolize betaine, carnitine, and choline, he's now sabotaging courtship offers by lying about the level of his abuse. He ridiculed my appearance so regularly that I got surgery which nearly disfigured me. I sued Dr. Barry Eppley, MD, DMD in April 2018 for horrific dental and medical malpractice and the record exists on the IDOI website. I've been in communication with Dr. Eppley's counsel of record since Summer 2018. Countless other patients have sued him too; this doesn't make me "delusional." Specifically, Eppley lied in operative notes about the number of screws he put into my cheeks when I only went in for a minor genioplasty, not cheek implants. See the CT scan for details.



9. While intoxicated, Maini also attempted, and failed, to assault me anally with a dildo. The incident was reported to the local police, my parents, and a barrister interested in proceeding with a private criminal prosecution—i.e. outside of civil court. My Dad is aware of the full extent and is the one who is funding the private criminal prosecution against Maini, who has a history as a serial rapist.

10. Indeed, Maini was using dating apps and a fake alias "Vikram Kumar Mansingh" (a) to find a green card and (b) to continue his pattern of sadistic rape and torture with dildos, similar to Ted Bundy. He's sadistically raped dozens of women found on apps and will escape justice because he's currently in China avoiding any of them suing him.

11. Maini worked hard to paint a narrative that I "need help" when in the relationship because me competently testifying against him for attempted rape would ruin any hope he has of a political career in India, a nation and a culture that reveres the kanya tradition. I will still testify against him in the criminal prosecution against him.

12. I'm not on any apps and I've put my extensive matchmaking services on pause to focus on publishing my books and getting treatments for Trimethylaminuria registered on ClinicalTrials.gov and FDA approved.
13. My former platonic friend, Lewis McLeod, was falsely accused of rape by a mentally unbalanced woman in 2013. He received his Duke University diploma in 2018 after suing for millions. I donated to his then-nonprofit, Bunya Microfinance and also helped him fundraise online out of empathy; we used to be friends.
14. Former friend and Palm Beach resident Heather Collins Grattan Floyd has not only illegally recorded and edited our conversations in direct violation of the Florida two-party consent law, but also she has shared my geographic location with Amar and sabotaged my character image to suitors. More specifically, Maini has been able to avoid service by hiding in China and to continue to shirk his responsibility to rectify the damage he has caused me by his defamation.
15. The libel has reached a point where I now have no suitor interested, merely for reporting Maini's failed rape attempt to the police. Further, I would have had to declare bankruptcy due to the sheer defamation if not for my parents' assistance to pay bills to agencies, contractors, and former employees I had to lay off at the start of Covid-19.
16. Maini continues to paint me in a negative light to cover for his crime. Maini's continued criminal conduct has led to further traumatization, heckling, and attacking of a domestic violence survivor from random, disgruntled people on the Internet.
17. Mahima Chablani not only homewrecked my courtship but also spread slander and libel about me to millions of people online. I've never had any form of consensual and nonconsensual premarital sex whatsoever.
18. Edward Lucas, for example, cheated on his wife with my neighbor N.D. at 67 Southwark, for over two years, and scapegoated eyewitness bystander me based on Maini's libel. I had to sue Edward Lucas in England with counsel, all photos I have of him having BDSM sex with N.D. have been shared with a *Daily Mail* tabloid journalist to share with the entire concert piano community already. Reporters at *The Telegraph* and *Times of London* are aware that N.D. homewrecked Edward Lucas' marriage.

19. I'm a 100% abstinent virgin, my Mom isn't a "child abuser" who is "aiding" me, I'm of sound mind, and I no longer care what people who don't know me think about me. Libel is still libel even if thousands of uneducated people believe it.
20. Not only have I been attacked financially, but also I have lost all ability to marry any Indian suitor in my league based on Maini's continued pattern of criminal conduct.
21. As a result of damage to my fashion business, I've chosen to take my subsidiary public and make my fortune in the field of pharmaceuticals before returning to fashion later on in life.
22. It remains unclear to me whether Maini will ever take responsibility for everything he has done to my life, robbing me out of years that I can and should have been happy. I'm closing this chapter because the negative energy of litigation has affected my mental health considerably and made it next-to-impossible to start a new relationship.

I declare under penalty of perjury that the facts herein are true and accurate. A notary is not required pursuant to Florida Statute 92.525.

RESPECTFULLY SUBMITTED and DATED this 14th day of October 2021.

FURTHER AFFIANT SAYETH NOT.

By: _____
Misha Kaura (Jane Koe), Plaintiff *Pro Se*
7750 Okeechobee Blvd., Ste. 4-481
West Palm Beach, FL 33411
United States of America

From: **Misha Kaura** mkaura@mac.com
Subject: Re: Your email
Date: October 18, 2020 at 5:43 AM
To: Women's Aid National Helpline helpline@womensaid.org.uk



Yasmine Charafeddine is a victim of a cruel, callous sadistic husband Edward Neil Lucas, and he is painting a picture to the world that he's happily married but he left his wife after 2 months and has been living with his mistress N.D. (she is a public figure, not revealing her name) for over 2 years. Not even 2 months after he got married to Yasmine, he walked out on her and abandoned her. He never goes to see her, he is painting a picture that she's a terrible woman when she's not, and he left her for a former sugar baby turned concert pianist. I don't know what to do. I'm exposing the affair and suing both Edward and his mistress N.D. for their BDSM sex on my company property and in front of my apartment, but the reality is that Yasmine deserves her husband back. I feel so bad how she was conned into marriage

On Aug 5, 2020, at 12:24 PM, Women's Aid National Helpline <helpline@womensaid.org.uk> wrote:

Dear Misha

Thank you for contacting us. We are very sorry to hear about your friend's situation. We can only give limited information by email, as we are not geared up to provide on-going support or in-depth information by email, however, we can help you access the support you need.

We would not normally recommend for a third party to involve the police, as it can escalate her risk. However if you believe she is at immediate risk of serious harm then it might be appropriate to do so.

Support your friend, but allow her to make her own decisions. It is important to remember that within her relationship she may not have been able to make decisions for herself, so she is going to need some time. You can't stop the perpetrator from being abusive, but with your support your friend might be able to feel believed, have an understanding around her options and keep herself safer.

Your friend might not view her relationship as abusive. Try to keep in mind that perpetrators of abuse will often blame the other person for their abusive behaviours, and very often the survivor begins to believe that she is responsible for the abuse, or that she is the abusive one in the relationship. She may not be ready to get help, or to talk about the abuse. You may have to accept that your friend is not yet ready to leave the relationship. She may feel ashamed or guilty, or be worried about other statutory services getting involved such as the police or social services.

If this is the case then try not to force the issue; the most important way you can support her is to offer her emotional support; try to build up her confidence and self-esteem. If she decides not to leave then there is little you can do; it is ultimately her responsibility to leave and she can only decide to do this when she's ready.

If she is ready to get help then you can support her with the following information. Try not to take the situation out of her hands or to 'rescue her'. Try instead to empower her by giving her information and to support her in what she decides to do next.

Your friend can contact a Support Worker from Women's Aid via our live chat where she can chat in confidence about her situation. Support workers will not tell her what to do but they can give support, practical information, and discuss with her any options that are available based on her specific circumstances. For more information about the chat service please go to: https://chat.womensaid.org.uk/

Love Respect is a website specifically designed for young women who are experiencing domestic abuse. The website includes a relationship health check, survivor stories and practical advice. Your friend can access the Love Respect website here: https://loverespect.co.uk/

We understand how isolating domestic abuse can be, so it may be helpful for your friend to reach out to other women who understand what she is going through. Your friend may want to access the Women's Aid Survivors Forum and chat to other survivors anonymously. This is an online community of women who have experienced domestic abuse or who are still in abusive situations. Your friend can access the Forum here: http://www.womensaid.org.uk/survivors-forum

The Survivor's Handbook includes information about the help and support available to survivors, including information about refuges, injunctions, child contact and safety planning: https://www.womensaid.org.uk/the-survivors-handbook/

You could offer to go with your friend to report the domestic abuse to a GP, the police or a solicitor. Also there are local domestic abuse services based around the UK. You can find your friend's nearest service by clicking on the following link: https://www.womensaid.org.uk/domestic-abuse-directory/

You could help your friend with a safety plan for leaving an abusive relationship. You can find further information about this at https://www.womensaid.org.uk/the-survivors-handbook/making-a-safety-plan/. It is important to remember that she knows the perpetrator better than anyone, so it is important to respect her wishes.

It can be really challenging supporting someone you care about who is experiencing domestic abuse and it's really important you remember to look after yourself. It can also be isolating if you're the only person who knows about the situation. It's ok to take a step back and to take some time for yourself if you're feeling overwhelmed with everything. You will be in a much stronger position to support your friend if you are feeling calm and in a good 'head-space' to be able to deal with everything.

Your safety is also really important so do not allow yourself to be in a dangerous situation. Do not attempt to approach the perpetrator about his behaviour; this could both put you in danger and potentially escalate the abuse for your friend.

For further links to websites and organisations who can provide you with information and support please see the following: https://www.womensaid.org uk/information-support/useful-links/

Thanks again for making contact.

Best wishes,

Women's Aid Direct Services

For further information and support about Women's Aid services, please click on the following link https://www.womensaid.org.uk/information-support/

www.womensaid.org.uk

www.thehideout.org.uk

Women's Aid - until Women and Children are safe

For deaf and hard of hearing callers, you can find information about registering your mobile phone for emergency sms:
http://www.emergencysms.org.uk/registering_your_mobile_phone.php

**Women's Aid disclaimer**

You have been sent this email because we believe it is relevant to you and you would be happy to receive it. If you do not want this or other emails, or if your details have changed, please let the sender know by replying to this email. We care about your data, you can read more about how we treat it in our privacy policy:
https://www.womensaid.org.uk/privacy-cookie-policy/

This email and its attachments may be confidential and are intended solely for the use of the intended recipient. If you are not the intended recipient of this email and its attachments, you must take no action based upon them, nor must you copy or show them to anyone. Please contact the sender if you believe you have received this email in error.

Any views or opinions expressed are solely those of the author and do not necessarily represent those of Women's Aid unless expressly stated.

Women's Aid Federation of England: Women's Aid is a company limited by guarantee and registered in England No: 3171880. Women's Aid is a registered charity in England No.1054154.



**From:** Misha Kaura mkaura@mac.com
**Subject:** Urgent - I know a guy abusing his partner
**Date:** July 31, 2020 at 2:03 PM
**To:** helpline@womensaid.org.uk

Hello,

I know a woman in a highly abusive, non-consensual sadomasochistic relationship. I don't know her name but I know the name of his partner. He regularly beats her, isolates her, strangles her, hits her with objects, and rapes her against her will. It's not consensual. I have reason to believe he intends to kill her. I know this because I've personally witnessed this with my own eyes. I don't know how to do this because he's a licensed solicitor and a highly dangerous man. Extremely dominant. Please advise what the right thing to do is here. I don't want him to know I'm reporting him, but I was once in an abusive relationship and I highly doubt this girl is anywhere near as tough and analytical as I am.

Best,
Misha Kaura

Sent from my iPhone

From: **William Hanson** william@theenglishmanner.com
Subject: Re: Ghosting question
Date: April 25, 2020 at 5:41 PM
To: Misha Kaura mkaura@mac.com

Dear Misha

Thank you for giving me some time to come back to you on this.

To be honest, usually I wouldn't comment on circumstances like this and on email but I am happy to share some outline thoughts with you.

Firstly, you need to make up your mind as to what you value more. Your own mental health and stress levels or your career. Personally, the former should always win. It's just a job. So I would stop worrying about the professional side of things and how well connected he may be. There are many other well connected people in life.

You don't owe him anything. He seems to be in the wrong here. Move on. Rip the plaster off and forget. As difficult as that may be in the short term it is the right thing in the long-term. Don't be tempted to stick your finger in the socket by putting yourself in a circumstance where you force an interaction. If this means moving, then so be it. (Once things return to normal.)

I hope this helps in some way? In essence my advice is to forget about him, stop worrying, and - in the words of Prince Philip to "get on with it".

It would be wonderful to work with you at some point. Between us, we are going to totally revamp the TtT offering - hopefully announcing it all in July. It'll be very exciting. But our private classes, in person (once lockdown is over) or online (anytime), remain here for you.

All good wishes and thanks,

William



On 24 Apr 2020, 09:55 +0100, Misha Kaura <mkaura@mac.com>, wrote:

> I want to clarify that he's never apologized to me. We have never spoken in person and have spoken only by email and phone. I have no respect for him but I also don't want to affect future business opportunities because he seems to be well connected.
>
> Sent from my iPhone
>
>> On Ap__ at 9:5_ AM, ___ Kaura _____ wrote
>>
>> I have a ___ brief q____ as_ yea_ I ___ g__ _____ seeking a finar____ __ many applicant_ one individual contacted me and we _ poke almost dail_ __ about three _eeks. I then intervie__ __ or a _riday by ph___ and sent over th_ pitch deck ____ead my me____ __ a Saturday _ut responded Monda_ n_t _uring the absence ___ I was during ____en I developed _eelings He _s__ __t for ___ information about my ___ __ which I provided w__ a_ stupidly calling him a genius. He then ghosted __. _ __ getting him "back" as an applicant _ a long time because I put his

inane down for a conference, since nobody has ever ghosted me before. The problem is that we live across the street from each other. Instead of getting over him subtly, I see him constantly. First in November on two separate evening walks, then again twice in December after changing my evening walk route to avoid him, then again in January in a different part of Lauderdale. I then took to taking an evening walk to avoid my old route, then again in February when he was on a date talking to another girl and he kept making eye contact at me (2 weeks after i sort of begged him to join my company and i said I needed him), then again in March when leaving a grocery store and he walked up to me to eavesdrop on a horrible conversation with my mother, and then again in April on multiple evening walks including one where he was smiled and pretended to not see him. It's gotten to a point where every time I see him I feel sick, nauseous, triggered, and more. I had a number of difficult experiences in life and I feel really sick around him. I don't think it's romantic anymore as I don't respect him, it's more along the lines of feeling lightheaded and scared, but not in a butterfly way. It's more of mild panic attacks. I'm not sure why he didn't bother apologizing sooner, but I don't want to have anything to do with him ever again and I also don't want to talk to him ever again. What is the best pathway to proceed moving forward? Is it acceptable to act as if I don't see him and to continue trying to find a new place to live? Do I owe him a conversation to "hear him out" when I will never look at him the same way again for doing the equivalent of water boarding to my feelings? This is compounded by the fact that the business world is small and I don't burn bridges; evidently he does.

the Trainer AND the private lessons now, to begin right after exams.

I know this is quite a long question but I'd appreciate any and all guidance. I also would like to register in advance for Train

Respectfully,
Misha.

Sent from my iPhone